**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCIANO DI SCALA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>    Defendants. | Case. No. 1:20-cv-05865-NRB<br><br><br>Hon. Naomi Reice Buchwald |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF EDMUND JIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, hereby declare as follows pursuant to 28 U.S.C. § 1746:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this declaration in support of the motion filed by proposed Lead Plaintiff Edmund Jin ("Mr. Jin") for the entry of an Order: (i) appointing Mr. Jin as Lead Plaintiff; (ii) approving Mr. Jin's selection of Labaton Sucharow as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached are true and correct copies of the following exhibits:

**Exhibit A:** Assignment of claims arising from Jin Yuan Zhao's ("Mr. Zhao") transactions in ProShares Ultra Bloomberg Crude Oil ("UCO") securities to Mr. Jin, signed by Mr. Zhao and Mr. Jin;

**Exhibit B:** Declaration of Mr. Jin, in support of his motion;

**Exhibit C:** Sworn Certification signed by Mr. Jin pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

1

**Exhibit D:** Loss Chart identifying the relevant transactions and investment losses in UCO securities during the Class Period;

**Exhibit E:** Notice of pendency of the above-captioned action published on *Globe Newswire* on July 28, 2020; and

**Exhibit F**: Firm Resume of Labaton Sucharow.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of September, 2020    _/s/ Francis P. McConville_
                                             Francis P. McConville