# Exhibit A

## <u>DECLARATION OF ASSIGNMENT BY JIN YUAN ZHAO TO EDMUND JIN</u>

I, Jin Yuan Zhao, hereby declare as follows:

1.     I have personal knowledge of all matters stated herein.

2.     Edmund Jin ("Mr. Jin") has been my close friend and business partner for over 25 years, and has helped manage my wealth in the United States, including investing in securities and real estate on my behalf.

3.     After receiving notice from Mr. Jin relating to my investment loss associated with the purchase of the securities in ProShares Ultra Bloomberg Crude Oil ("UCO"), in order to facilitate the recovery of this investment loss,  I have resolved to assign to Mr. Jin all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against UCO and related defendants, in connection with the purchase of the securities of UCO.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to provisions of paragraph 6 hereof,  I hereby execute and submit this declaration of assignment: (a) authorizing the actions of Mr. Jin in taking legal action (i) seeking appointment as lead plaintiff on my behalf, on or around September 28, 2020, in a class action against UCO or (ii) prosecuting such other action or proceeding as Mr. Jin deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Mr. Jin all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against UCO and related defendants, in connection with the purchase of the securities of UCO.

5.      Further, I hereby appoint Mr. Jin as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Mr. Jin agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __25th__ day of September, 2020

**Jin Yuan Zhao**

DocuSigned by:

119FEA34C15E403...

**Edmund Jin**

DocuSigned by:

_Edmund Jin_

88AAB081176A4E2..

2