# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO DI SCALA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>                    Defendants. | No. 1:20-cv-05865-NRB<br><br>Judge Naomi Reice Buchwald<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF EDMUND JIN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Edmund Jin, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of the motion filed on my behalf for the entry of an Order: (i) appointing Edmund Jin as Lead Plaintiff in the securities class action captioned *Di Scala v. ProShares Ultra Bloomberg Crude Oil*, No. 20-cv-05865 (S.D.N.Y.) (the "Action"); and (ii) approving the selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class. I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I have personal knowledge regarding the facts relating to myself as set forth in this declaration.

2.      Jin Yuan Zhao ("Mr. Zhao") has been my close friend and business partner for over 25 years. He is also the godfather of my son. I help manage his wealth in the United States, including investing in securities and real estate on his behalf. Due to our close relationship, I do not charge him for these services. While investing on Mr. Zhao's behalf, I chose to invest in

ProShares Ultra Bloomberg Crude Oil ("UCO"). Based on the substantial losses incurred on these investments as a result of defendants' alleged fraud, as well as my sophistication and experience as discussed herein, Mr. Zhao has assigned me legal title to prosecute any and all claims arising from these investments in UCO securities. Because I have received a valid assignment of these claims, I understand I possess full legal authority to file this motion seeking to be appointed as Lead Plaintiff in the Action.

3.     I reside in Atherton, California. I am the founder and Chief Executive Officer ("CEO") of E&E Co., Ltd. ("E&E"), a sourcing and manufacturing company. E&E has annual sales of approximately $600 million and employs approximately 450 people, including an in-house legal team. I also own several other logistics, shipping, and design companies, as well as the Michelin Star rated restaurant, The Harbor House Inn. Finally, I invest heavily in distribution real estate, and own over eight distribution centers in the United States totaling more than five million square feet

4.     In my role as CEO of E&E, I routinely direct my in-house legal team and other professionals. I also have extensive litigation experience. Specifically, as CEO of E&E Co., Ltd., I regularly oversee counsel in a wide variety business-related litigation matters, including cases involving labor, copyright, and patent law. In this regard, I have overseen the litigation of thirty or more cases, including one that went to trial. I also litigated a case for over two years in which I secured a full recovery of approximately $20 million which was embezzled from me and Mr. Zhao, among others, by a former employee.

5.     I have been investing in the securities markets for approximately twenty years. I specifically chose to invest in UCO on Mr. Zhao's behalf during the Class Period to secure a profit from a rebound in the price of oil. As set forth in my motion for appointment as Lead Plaintiff and supporting papers, Mr. Zhao suffered significant losses on these  investments in

2

UCO as a result of defendants' alleged fraud. As the legal assignee of Mr. Zhao's claims, I understand that I have a substantial financial interest in the outcome of this litigation.

6.  Based on Mr. Zhao's substantial investment losses as a result of the investments in UCO securities, I researched the circumstances surrounding the Action, and through this research learned of the Action's existence. Following this, I contacted Labaton Sucharow to discuss the possibility of recovering these investment losses, as well as potentially serving as Lead Plaintiff. These ongoing discussions with Labaton Sucharow included the facts and merits of the Action, as well as the responsibilities of a court-appointed lead plaintiff under the PSLRA, such as the lead plaintiff's duty to select and oversee highly qualified counsel on behalf of absent class members, as well as the lead plaintiff's responsibility to negotiate a competitive fee arrangement in the best interests of the class. Following these discussions, as well as subsequent negotiations to reach a fair and reasonable fee agreement, I retained Labaton Sucharow and instructed them to file a motion for appointment as Lead Plaintiff on my behalf. In connection with my decision to retain Labaton Sucharow, Mr. Zhao executed an assignment granting me legal title to the claims arising from his investment losses in UCO securities.

7.  I am highly motivated to recover the investment losses in UCO securities associated with the claims I have been assigned. To this end, if appointed as Lead Plaintiff, I will personally direct and oversee Lead Counsel in this litigation. As a fiduciary to the Class, I will vigilantly monitor counsel to ensure the Action is prosecuted in an efficient, effective, and economical manner to maximize any potential recovery. I firmly believe that I can draw on my extensive sophistication and experience, including experience overseeing counsel, to successfully fulfil this duty.

8.  I hereby reaffirm my commitment to satisfy the fiduciary obligations that will be assumed if appointed Lead Plaintiff, including by conferring with counsel regarding litigation

strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, I will ensure that the UCO securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

4

Pursuant to 28 U.S.C. § 1746, I, Edmund Jin, declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true to the best of my knowledge.

Executed this __25th__ day of September 2020.

DocuSigned by:

*Edmund Jin*

88AAB061170A4E2...

Edmund Jin

5