**Exhibit C**

## CERTIFICATION

I, Edmund Jin, hereby certify as follows:

1.      I have reviewed a complaint filed against ProShares Ultra Bloomberg Crude Oil ("UCO") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      I did not purchase securities of UCO at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      The transactions in UCO securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      I have full power and authority to bring suit and/or seek appointment as lead plaintiff in order to recover losses suffered as a result of investments in UCO securities.  I have received an assignment of claim from Jin Yuan Zhao ("Mr. Zhao") transferring all rights and title to prosecute all causes of action relating to the transactions listed on Exhibit A below,

6.      I have not sought to serve as a lead plaintiff and/or representative party in any class action under the federal securities laws filed during the last three years;

7.      Beyond the pro rata share of any recovery (which I have agreed to remit back to Mr. Zhao), I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __25th__ day of September, 2020.

DocuSigned by:

*Edmund Jin*

Edmund Jin

2

## EXHIBIT A

## TRANSACTIONS IN PROSHARES ULTRA BLOOMBERG CRUDE OIL

| Security | Transaction Type | Trade Date | Shares/ Contracts | Price Per Share/Contract | Cost / Proceeds |
|---|---|---|---|---|---|
| UCO ETF Units | Purchase | 03/27/20 | 400,000.00 | $1.75 | ($699,312.00) |
| UCO ETF Units | Purchase | 03/27/20 | 200,000.00 | $1.74 | ($348,696.00) |
| UCO ETF Units | Purchase | 03/27/20 | 200,000.00 | $1.75 | ($350,696.00) |
| UCO ETF Units | Purchase | 03/27/20 | 200,000.00 | $1.76 | ($352,704.00) |
| UCO ETF Units | Purchase | 03/30/20 | 450,000.00 | $1.55 | ($698,382.00) |
| UCO ETF Units | Purchase | 03/30/20 | 500,000.00 | $1.59 | ($795,940.00) |
| UCO ETF Units | Purchase | 03/31/20 | 2,000,000.00 | $1.64 | ($3,277,120.00) |
| UCO ETF Units | Purchase | 03/31/20 | 1,000,000.00 | $1.59 | ($1,591,200.00) |
| UCO ETF Units | Purchase | 03/31/20 | 50,000.00 | $1.59 | ($79,658.00) |
| UCO ETF Units | Purchase | 04/15/20 | 800.00 | $2.00 | ($1,600.00) |
| UCO ETF Units | Purchase | 04/15/20 | 4,241,300.00 | $2.50 | ($10,603,250.00) |
| UCO ETF Units | Purchase | 04/15/20 | 185,400.00 | $2.50 | ($463,500.00) |
| UCO ETF Units | Purchase | 04/16/20 | 2,000.00 | $2.00 | ($4,000.00) |
| UCO ETF Units | Purchase | 04/16/20 | 200.00 | $2.50 | ($500.00) |
| UCO ETF Units | Purchase | 04/17/20 | 4,997,200.00 | $2.00 | ($9,994,400.00) |
| UCO ETF Units | Purchase | 04/17/20 | 573,100.00 | $2.50 | ($1,432,750.00) |
| | | | | | |
| UCO P 4/17/20 $2 | Short Sale | 04/09/20 | -50,000.00 | $0.30 | $1,513,685.00 |
| UCO P 4/17/20 $2 | Assignment | 04/15/20 | 8.00 | $0.00 | $0.00 |
| UCO P 4/17/20 $2 | Assignment | 04/16/20 | 20.00 | $0.00 | $0.00 |
| UCO P 4/17/20 $2 | Assignment | 04/17/20 | 49,972.00 | $0.00 | $0.00 |
| | | | | | |
| UCO P 4/17/20 $2.5 | Short Sale | 04/09/20 | -50,000.00 | $0.51 | $2,550,050.00 |
| UCO P 4/17/20 $2.5 | Assignment | 04/15/20 | 42,413.00 | $0.00 | $0.00 |
| UCO P 4/17/20 $2.5 | Assignment | 04/15/20 | 1,854.00 | $0.00 | $0.00 |
| UCO P 4/17/20 $2.5 | Assignment | 04/16/20 | 2.00 | $0.00 | $0.00 |
| UCO P 4/17/20 $2.5 | Assignment | 04/17/20 | 5,731.00 | $0.00 | $0.00 |
| | | | | | |
| UCO P 5/8/20 $2.5 | Short Sale | 04/06/20 | -9,000.00 | $0.65 | $585,090.00 |
| UCO P 5/8/20 $2.5 | Short Sale | 04/06/20 | -10,000.00 | $0.63 | $630,100.00 |
| UCO P 5/8/20 $2.5 | Short Sale | 04/07/20 | -31,000.00 | $0.57 | $1,768,240.00 |

*\* Shares/Contracts and Price Per Share/Contract have not been adjusted for 4/22/2020 1:25 reverse split.*