# Exhibit D

**LOSS ANALYSIS**
**Class Period: 3/6/2020 to 4/27/2020**

**Edmund Jin**

| Proshares Ultra Bloomberg Crude Oil ETF | Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|---|
| | UCO | 74347Y888 | BMPRYM9 | US74347Y8883 | $0.9970 [1] |

| Transaction Type | Trade Date | Shares/ Contracts [2] | Price Per Share/Contract | Cost/Proceeds | Holdings Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|
| Open | 03/06/20 | 0 | | | | |
| Purchase | 03/27/20 | 400,000 | $1.75 | ($699,312.00) | $398,798.73 | ($300,513.27) |
| Purchase | 03/27/20 | 200,000 | $1.74 | ($348,696.00) | $199,399.37 | ($149,296.63) |
| Purchase | 03/27/20 | 200,000 | $1.75 | ($350,696.00) | $199,399.37 | ($151,296.63) |
| Purchase | 03/27/20 | 200,000 | $1.76 | ($352,704.00) | $199,399.37 | ($153,304.63) |
| Purchase | 03/30/20 | 450,000 | $1.55 | ($698,382.00) | $448,648.57 | ($249,733.43) |
| Purchase | 03/30/20 | 500,000 | $1.59 | ($795,940.00) | $498,498.41 | ($297,441.59) |
| Purchase | 03/31/20 | 2,000,000 | $1.64 | ($3,277,120.00) | $1,993,993.65 | ($1,283,126.35) |
| Purchase | 03/31/20 | 1,000,000 | $1.59 | ($1,591,200.00) | $996,996.83 | ($594,203.17) |
| Purchase | 03/31/20 | 50,000 | $1.59 | ($79,658.00) | $49,849.84 | ($29,808.16) |
| Purchase | 04/15/20 | 800 | $2.00 | ($1,600.00) | $797.60 | ($802.40) |
| Purchase | 04/15/20 | 4,241,300 | $2.50 | ($10,603,250.00) | $4,228,562.64 | ($6,374,687.36) |
| Purchase | 04/15/20 | 185,400 | $2.50 | ($463,500.00) | $184,843.21 | ($278,656.79) |
| Purchase | 04/16/20 | 2,000 | $2.00 | ($4,000.00) | $1,993.99 | ($2,006.01) |
| Purchase | 04/16/20 | 200 | $2.50 | ($500.00) | $199.40 | ($300.60) |
| Purchase | 04/17/20 | 4,997,200 | $2.00 | ($9,994,400.00) | $4,982,192.55 | ($5,012,207.45) |
| Purchase | 04/17/20 | 573,100 | $2.50 | ($1,432,750.00) | $571,378.88 | ($861,371.12) |
| **Close** | | **15,000,000** | | **($30,693,708.00)** | | **($15,738,755.59)** |

| UCO P 4/17/20 $2 | Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a |

| Trans Type | Trade Date | Shares/ Contracts [2] | Price Per Share/Contract | Cost/Proceeds | Holdings Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|
| Open | 03/06/20 | 0 | | | | |
| Short Sale | 04/09/20 | (50,000) | $0.30 | $1,513,685.00 | | $1,513,685.00 |
| Assignment | 04/15/20 | 8 | $0.00 | $0.00 | | $0.00 |
| Assignment | 04/16/20 | 20 | $0.00 | $0.00 | | $0.00 |
| Assignment | 04/17/20 | 49,972 | $0.00 | $0.00 | | $0.00 |
| **Close** | **04/27/20** | **0** | | **$1,513,685.00** | | **$1,513,685.00** |

| UCO P 4/17/20 $2.5 | Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a |

| Trans Type | Trade Date | Shares/ Contracts [2] | Price Per Share/Contract | Cost/Proceeds | Holdings Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|
| Open | 03/06/20 | 0 | | | | |
| Short Sale | 04/09/20 | (50,000) | $0.51 | $2,550,050.00 | | $2,550,050.00 |
| Assignment | 04/15/20 | 42,413 | $0.00 | $0.00 | | $0.00 |
| Assignment | 04/15/20 | 1,854 | $0.00 | $0.00 | | $0.00 |
| Assignment | 04/16/20 | 2 | $0.00 | $0.00 | | $0.00 |
| Assignment | 04/17/20 | 5,731 | $0.00 | $0.00 | | $0.00 |
| **Close** | **04/27/20** | **0** | | **$2,550,050.00** | | **$2,550,050.00** |

[1] *Value of units held is $0.9968, the unadjusted mean closing price from 4/27/2020 to 7/25/2020.*

[2] *Shares/Contracts and Price Per Share/Contracts have not been adjusted for 4/22/2020 1:25 reverse stock split.*

| UCO P 5/8/20 $2.5 | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|---|---|
| | | n/a | n/a | n/a | n/a | $1.9033 [3] |

| Trans Type | Trade Date | Shares/ Contracts[2] | Price Per Share/Contract | Cost/Proceeds | Holdings Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|
| Open | 03/06/20 | 0 | | | | |
| Short Sale | 04/06/20 | (9,000) | $0.65 | $585,090.00 | ($1,713,000.00) | ($1,127,910.00) |
| Short Sale | 04/06/20 | (10,000) | $0.63 | $630,100.00 | ($1,903,333.33) | ($1,273,233.33) |
| Short Sale | 04/07/20 | (31,000) | $0.57 | $1,768,240.00 | ($5,900,333.33) | ($4,132,093.33) |
| **Close** | **04/27/20** | **(50,000)** | | **$2,983,430.00** | | **($6,533,236.67)** |
| Post-CP Assignment | 05/01/20 | 119 | $1.90 | ($22,649.67) | $22,649.67 | $0.00 |
| Post-CP Assignment | 05/04/20 | 11,622 | $1.90 | ($2,212,054.00) | $2,212,054.00 | $0.00 |
| Post-CP Assignment | 05/08/20 | 2 | $1.90 | ($380.67) | $380.67 | $0.00 |
| Post-CP Assignment | 05/08/20 | 38,257 | $1.90 | ($7,281,582.33) | $7,281,582.33 | $0.00 |

| | |
|---|---|
| **Total LIFO (Loss)/Gain:** | **($18,208,257.26)** |
| Total UCO ETF Units Bought: | 15,000,000 |
| Total Net UCO ETF Units: | 15,000,000 |
| Total Net Expenditures on UCO ETF Units: | ($15,738,755.59) |

[3] *Value of contracts held and assigned is $1.9033 per contract, the unadjusted mean closing price from 4/27/2020 to 5/8/2020, the option expiration date.*