# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|------|------|------|------|------|------|------|------|
| Emir Tavukcuoglu | 03/31/2020 | 252 | $39.50 | $9,954.00 | 04/01/2020 | 400 | $41.00 | $16,400.00 | |
| | 03/31/2020 | 148 | $39.50 | $5,846.00 | 04/06/2020 | 100 | $65.00 | $6,500.00 | |
| | 04/01/2020 | 800 | $43.50 | $34,800.00 | 04/06/2020 | 200 | $66.25 | $13,250.00 | |
| | 04/02/2020 | 800 | $56.25 | $45,000.00 | 04/06/2020 | 400 | $64.04 | $25,615.00 | |
| | 04/02/2020 | 2,000 | $62.50 | $125,000.00 | 04/06/2020 | 800 | $62.00 | $49,600.00 | |
| | 04/02/2020 | 4 | $58.75 | $235.00 | 04/06/2020 | 320 | $64.00 | $20,480.00 | |
| | 04/02/2020 | 400 | $47.00 | $18,800.00 | 04/06/2020 | 800 | $62.25 | $49,800.00 | |
| | 04/03/2020 | 400 | $65.00 | $26,000.00 | 04/07/2020 | 2,000 | $62.50 | $125,000.00 | |
| | 04/03/2020 | 800 | $67.50 | $54,000.00 | 04/20/2020 | 200 | $35.03 | $7,006.50 | |
| | 04/06/2020 | 800 | $64.25 | $51,400.00 | 04/20/2020 | 200 | $34.75 | $6,950.00 | |
| | 04/06/2020 | 400 | $62.50 | $25,000.00 | 04/20/2020 | 400 | $34.00 | $13,600.00 | |
| | 04/06/2020 | 200 | $65.00 | $13,000.00 | 04/20/2020 | 800 | $33.00 | $26,400.00 | |
| | 04/07/2020 | 600 | $52.75 | $31,650.00 | 04/21/2020 | 100 | $21.75 | $2,175.00 | |
| | 04/07/2020 | 200 | $52.00 | $10,400.00 | 04/21/2020 | 1,000 | $22.15 | $22,150.00 | |
| | 04/07/2020 | 1,200 | $61.50 | $73,800.00 | 04/21/2020 | 500 | $20.61 | $10,305.00 | |
| | 04/08/2020 | 400 | $59.00 | $23,600.00 | 04/21/2020 | 500 | $23.90 | $11,950.00 | |
| | 04/08/2020 | 100 | $51.25 | $5,125.00 | 04/21/2020 | 3,320 | $16.18 | $53,717.60 | |
| | 04/08/2020 | 40 | $51.00 | $2,040.00 | 04/21/2020 | 500 | $21.00 | $10,500.00 | |
| | 04/08/2020 | 60 | $51.25 | $3,075.00 | 04/21/2020 | 500 | $20.00 | $10,000.00 | |
| | 04/08/2020 | 100 | $51.67 | $5,167.00 | | | | | |
| | 04/09/2020 | 400 | $62.50 | $25,000.00 | | | | | |
| | 04/09/2020 | 16 | $56.25 | $900.00 | | | | | |
| | 04/09/2020 | 200 | $57.75 | $11,550.00 | | | | | |
| | 04/13/2020 | 200 | $50.00 | $10,000.00 | | | | | |
| | 04/13/2020 | 320 | $50.00 | $16,000.00 | | | | | |
| | 04/14/2020 | 40 | $49.00 | $1,960.00 | | | | | |
| | 04/14/2020 | 200 | $49.50 | $9,900.00 | | | | | |
| | 04/14/2020 | 160 | $49.50 | $7,920.00 | | | | | |
| | 04/14/2020 | 160 | $48.50 | $7,760.00 | | | | | |
| | 04/14/2020 | 200 | $48.00 | $9,600.00 | | | | | |
| | 04/14/2020 | 100 | $47.75 | $4,775.00 | | | | | |
| | 04/14/2020 | 120 | $46.50 | $5,580.00 | | | | | |
| | 04/14/2020 | 400 | $47.25 | $18,900.00 | | | | | |
| | 04/14/2020 | 200 | $45.75 | $9,150.00 | | | | | |
| | 04/15/2020 | 200 | $40.75 | $8,150.00 | | | | | |
| | 04/15/2020 | 100 | $43.50 | $4,350.00 | | | | | |
| | 04/16/2020 | 248 | $37.50 | $9,300.00 | | | | | |
| | 04/16/2020 | 72 | $37.50 | $2,700.00 | | | | | |
| **Movant's Total** | | **13,040** | | **$727,387.00** | | **13,040** | | **$481,399.10** | **($245,987.90)** |

*Adjustment factor of 0.04 applied to all transactions (shares and prices) to reflect the 04/21/2020 stock split.

Prices listed are rounded to two decimal places.