# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

LUCIANO DI SCALA, Individually and on
Behalf of All Others Similarly Situated,

                               Plaintiff,

        vs.

PROSHARES ULTRA BLOOMBERG
CRUDE OIL, PROSHARE CAPITAL
MANAGEMENT LLC, PROSHARES TRUST
II, MICHAEL L. SAPIR, TIMOTHY N.
COAKLEY and TODD B. JOHNSON,

                        Defendants.

---------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:20-cv-05865-NRB

CLASS ACTION

DECLARATION OF EMIR
TAVUKCUOGLU IN SUPPORT OF
MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4833-6946-0172.v1

I, Emir Tavukcuoglu, submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I am a resident of Istanbul, Turkey and I own and operate my own real estate and construction company – Tavukcuoglu Gayrimenkul. I attended Istanbul Technical University, where I attained a Bachelor of Science degree in Civil Engineering. I am fluent in English and have invested in the stock market for over a decade. I am familiar with selecting and overseeing lawyers.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of ProShares Ultra Bloomberg Crude Oil ("UCO") shareholders.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my pro-rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

- 1 -

6.       I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to serve as lead counsel.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ____25____ day of September 2020.

DocuSigned by:

C28737E6AB9B444...

EMIR TAVUKCUOGLU

- 2 -