# EXHIBIT 3

**DECLARATION OF PINCHAS DAN DANINO**

I, Pinchas Dan Danino, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in further support of my Lead Plaintiff motion.

2.      I live in Israel.  I have bachelor's degrees in Education and in Law.  I have a master's degree in Talmud.  I am a lawyer by profession.   Since January 2020, I've been the Managing Director of the Economic Company of Karnei Shomron.  I have substantial experience investing in the stock market.  I have also developed real estate projects and managed construction projects.  As such, I have material experience overseeing and monitoring complex projects.

3.      I decided to move forward as lead plaintiff in this action given my substantial financial interest in its success and in the merits of the action.  I understand that I am not required to serve as a lead plaintiff in order to participate in any future recovery.

4.      I am aware of the role and the obligations of a lead plaintiff, including monitoring the litigation, overseeing lead counsel, and working closely with lead counsel to direct the litigation successfully.

5.      The losses I suffered in ProShares Ultra Bloomberg Crude Oil ("UCO") securities are material for me, and if appointed lead plaintiff, I am committed to prosecuting this action to maximize the recovery for all UCO investors.

6.      I believe The Rosen Law Firm, P.A is qualified to serve as Lead Counsel based on my research of the firm, their experience, and communications with me.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on September 22nd 2020

_____
Pinchas Dan Danino