# EXHIBIT 4

| | ProShares Ultra Bloomberg Crude Oil Loss Chart* Class Period: March 6, 2020 through April 27, 2020 | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $25.33 |
| Pinchas, Danino | 4/13/2020 | 20,000 | ($50.50) | ($1,010,000.00) | | | | | | | | |
| | 4/13/2020 | 20,000 | ($50.00) | ($1,000,000.00) | | | | | | | | |
| | 4/16/2020 | 20,000 | ($41.75) | ($835,000.00) | | | | | | | | |
| | 4/17/2020 | 20,000 | ($39.50) | ($790,000.00) | | | | | | | | |
| | 4/20/2020 | 20,000 | ($34.50) | ($690,000.00) | | | | | | | | |
| | 4/20/2020 | 20,000 | ($34.50) | ($690,000.00) | | | | | | | | |
| | | 120,000 | | ($5,015,000.00) | | | | | 120,000 | $3,039,262.50 | ($1,975,737.50) | |
| | | | | | | | | | | | | |
| * Transactions adjusted to account for April 21, 2020 1:25 Reverse Stock Split | | | | | | | | | | | | |