**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCIANO DI SCALA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>Defendants. | No. 1: 20-cv-05865-NRB |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF ADVANCED WEALTH MANAGEMENT, LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.     I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Advanced Wealth Management, LLC ("AWM") for appointment as lead plaintiff and approval of its selection of counsel.

2.     Attached hereto as Exhibit A is a copy of a press release issued by Block & Leviton LLP, dated July 28, 2020, announcing the filing of a class action against the above-captioned defendants and noticing that the filing date for appointment as Lead Plaintiff is September 28, 2020.

3.     Attached hereto as Exhibit B is AWM's PSLRA Certification.

4.    Attached hereto as Exhibit C is a chart reflecting AWM's losses in the relevant securities.

5.    Attached hereto as Exhibit D is the Declaration of Antonio P. Gomes, the Founder and Chief Executive Officer of AWM, in support of AWM's motion.

6.    Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.


Dated: September 28, 2020            /s/ Jeffrey C. Block
                                     Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block