# EXHIBIT B

## PLAINTIFF'S CERTIFICATION

I, Antonio P. Gomes, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint on file in this action involving UCO securities against ProShares Ultra Bloomberg Crude Oil, ProShare Capital Management LLC, ProShares Trust II, Michael L. Sapir, Timothy N. Coakley, and Todd B. Johnson, and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on behalf of Advanced Wealth Management, LLC ("AWM").

2. AWM is a Registered Investment Advisor located in Nokomis, Florida. I am the Founder and Chief Executive Officer of AWM, and am authorized to execute this Certification on behalf of AWM.

3. AWM did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

4. AWM's transactions in UCO during the Class Period, on behalf of its clients, are as follows:

| Date | Transaction Type (Buy/Sell) | Quantity of Shares[1] | Price Per Share (USD) |
|---|---|---|---|
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 280 | $50.43 |
| April 13, 2020 | Buy | 520 | $50.43 |
| April 13, 2020 | Buy | 132 | $50.43 |
| April 13, 2020 | Buy | 960 | $50.43 |
| April 13, 2020 | Buy | 1900 | $50.43 |
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 600 | $50.43 |
| April 13, 2020 | Buy | 480 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |
| April 13, 2020 | Buy | 260 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 3000 | $50.43 |
| April 13, 2020 | Buy | 440 | $50.43 |

---

[1] The quantity of shares and price per share for all of AWM's April 13, 2020 purchases reflect the April 21, 2020 1:25 reverse split. In other words, AWM actually purchased 25 times as many the listed number of shares for each April 13, 2020 transaction, at 1/25 of the listed purchase price.

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| April 13, 2020 | Buy | 220 | $50.43 |
|---|---|---|---|
| April 13, 2020 | Buy | 4200 | $50.43 |
| April 13, 2020 | Buy | 60 | $50.43 |
| April 13, 2020 | Buy | 88 | $50.43 |
| April 13, 2020 | Buy | 320 | $50.43 |
| April 13, 2020 | Buy | 132 | $50.43 |
| April 13, 2020 | Buy | 560 | $50.43 |
| April 13, 2020 | Buy | 400 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 88 | $50.43 |
| April 13, 2020 | Buy | 260 | $50.43 |
| April 13, 2020 | Buy | 840 | $50.43 |
| April 13, 2020 | Buy | 5800 | $50.43 |
| April 13, 2020 | Buy | 340 | $50.43 |
| April 13, 2020 | Buy | 1600 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 1320 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |
| April 13, 2020 | Buy | 800 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 1000 | $50.43 |
| April 13, 2020 | Buy | 720 | $50.43 |
| April 13, 2020 | Buy | 320 | $50.43 |
| April 13, 2020 | Buy | 560 | $50.43 |
| April 13, 2020 | Buy | 700 | $50.43 |
| April 13, 2020 | Buy | 1000 | $50.43 |
| April 13, 2020 | Buy | 200 | $50.43 |
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 520 | $50.43 |
| April 13, 2020 | Buy | 140 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |
| April 13, 2020 | Buy | 840 | $50.43 |
| April 13, 2020 | Buy | 840 | $50.43 |
| April 13, 2020 | Buy | 84 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| April 13, 2020 | Buy | 340 | $50.43 |
|---|---|---|---|
| April 13, 2020 | Buy | 240 | $50.43 |
| April 13, 2020 | Buy | 100 | $50.43 |
| April 13, 2020 | Buy | 260 | $50.43 |
| April 13, 2020 | Buy | 1080 | $50.43 |
| April 13, 2020 | Buy | 96 | $50.43 |
| April 13, 2020 | Buy | 2900 | $50.43 |
| April 13, 2020 | Buy | 1240 | $50.43 |
| April 13, 2020 | Buy | 1000 | $50.43 |
| April 13, 2020 | Buy | 280 | $50.43 |
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 1400 | $50.43 |
| April 13, 2020 | Buy | 1200 | $50.43 |
| April 13, 2020 | Buy | 720 | $50.43 |
| April 13, 2020 | Buy | 116 | $50.43 |
| April 13, 2020 | Buy | 300 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 900 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 100 | $50.43 |
| April 13, 2020 | Buy | 900 | $50.43 |
| April 13, 2020 | Buy | 520 | $50.43 |
| April 13, 2020 | Buy | 200 | $50.43 |
| April 13, 2020 | Buy | 560 | $50.43 |
| April 13, 2020 | Buy | 240 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 880 | $50.43 |
| April 13, 2020 | Buy | 560 | $50.43 |
| April 13, 2020 | Buy | 440 | $50.43 |
| April 13, 2020 | Buy | 200 | $50.43 |
| April 13, 2020 | Buy | 1152 | $50.43 |
| April 13, 2020 | Buy | 640 | $50.43 |
| April 13, 2020 | Buy | 2000 | $50.43 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| | | | |
|---|---|---|---|
| April 13, 2020 | Buy | 520 | $50.43 |
| April 13, 2020 | Buy | 160 | $50.43 |
| April 13, 2020 | Buy | 2200 | $50.43 |
| April 13, 2020 | Buy | 600 | $50.43 |
| April 13, 2020 | Buy | 520 | $50.43 |
| April 13, 2020 | Buy | 720 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 1000 | $50.43 |
| April 13, 2020 | Buy | 1120 | $50.43 |
| April 13, 2020 | Buy | 1540 | $50.43 |
| April 13, 2020 | Buy | 760 | $50.43 |
| April 13, 2020 | Buy | 100 | $50.43 |
| April 13, 2020 | Buy | 200 | $50.43 |
| April 13, 2020 | Buy | 60 | $50.43 |
| April 13, 2020 | Buy | 2040 | $50.43 |
| April 13, 2020 | Buy | 260 | $50.43 |
| April 13, 2020 | Buy | 240 | $50.43 |
| April 13, 2020 | Buy | 1080 | $50.43 |
| April 13, 2020 | Buy | 220 | $50.43 |
| April 13, 2020 | Buy | 240 | $50.43 |
| April 13, 2020 | Buy | 400 | $50.43 |
| April 13, 2020 | Buy | 116 | $50.43 |
| April 13, 2020 | Buy | 1320 | $50.43 |
| April 13, 2020 | Buy | 480 | $50.43 |
| April 13, 2020 | Buy | 700 | $50.43 |
| April 13, 2020 | Buy | 1800 | $50.43 |
| April 13, 2020 | Buy | 440 | $50.43 |
| April 13, 2020 | Buy | 400 | $50.43 |
| April 13, 2020 | Buy | 120 | $50.43 |
| April 13, 2020 | Buy | 96 | $50.43 |
| April 13, 2020 | Buy | 180 | $50.43 |
| April 13, 2020 | Buy | 720 | $50.43 |
| April 13, 2020 | Buy | 320 | $50.43 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 280 | $26.98 |
| June 17, 2020 | Sell | 520 | $26.98 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| June 17, 2020 | Sell | 132 | $26.98 |
|---|---|---|---|
| June 17, 2020 | Sell | 960 | $26.98 |
| June 17, 2020 | Sell | 1900 | $26.98 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 600 | $26.98 |
| June 17, 2020 | Sell | 480 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 260 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 3000 | $26.98 |
| June 17, 2020 | Sell | 440 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 4200 | $26.98 |
| June 17, 2020 | Sell | 60 | $26.98 |
| June 17, 2020 | Sell | 88 | $26.98 |
| June 17, 2020 | Sell | 320 | $26.98 |
| June 17, 2020 | Sell | 132 | $26.98 |
| June 17, 2020 | Sell | 560 | $26.98 |
| June 17, 2020 | Sell | 400 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 88 | $26.98 |
| June 17, 2020 | Sell | 260 | $26.98 |
| June 17, 2020 | Sell | 840 | $26.98 |
| June 17, 2020 | Sell | 5800 | $26.98 |
| June 17, 2020 | Sell | 340 | $26.98 |
| June 17, 2020 | Sell | 1600 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 1320 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 800 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 1000 | $26.98 |
| June 17, 2020 | Sell | 720 | $26.98 |
| June 17, 2020 | Sell | 320 | $26.98 |
| June 17, 2020 | Sell | 560 | $26.98 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| June 17, 2020 | Sell | 700 | $26.98 |
|---|---|---|---|
| June 17, 2020 | Sell | 1000 | $26.98 |
| June 17, 2020 | Sell | 200 | $26.98 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 520 | $26.98 |
| June 17, 2020 | Sell | 140 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 840 | $26.98 |
| June 17, 2020 | Sell | 840 | $26.98 |
| June 17, 2020 | Sell | 84 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 340 | $26.98 |
| June 17, 2020 | Sell | 240 | $26.98 |
| June 17, 2020 | Sell | 100 | $26.98 |
| June 17, 2020 | Sell | 260 | $26.98 |
| June 17, 2020 | Sell | 1080 | $26.98 |
| June 17, 2020 | Sell | 96 | $26.98 |
| June 17, 2020 | Sell | 2900 | $26.98 |
| June 17, 2020 | Sell | 1240 | $26.98 |
| June 17, 2020 | Sell | 1000 | $26.98 |
| June 17, 2020 | Sell | 280 | $26.98 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 1400 | $26.98 |
| June 17, 2020 | Sell | 1200 | $26.98 |
| June 17, 2020 | Sell | 720 | $26.98 |
| June 17, 2020 | Sell | 116 | $26.98 |
| June 17, 2020 | Sell | 300 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 900 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 100 | $26.98 |
| June 17, 2020 | Sell | 900 | $26.98 |
| June 17, 2020 | Sell | 520 | $26.98 |
| June 17, 2020 | Sell | 200 | $26.98 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| June 17, 2020 | Sell | 560 | $26.98 |
|---|---|---|---|
| June 17, 2020 | Sell | 240 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 880 | $26.98 |
| June 17, 2020 | Sell | 560 | $26.98 |
| June 17, 2020 | Sell | 440 | $26.98 |
| June 17, 2020 | Sell | 200 | $26.98 |
| June 17, 2020 | Sell | 1152 | $26.98 |
| June 17, 2020 | Sell | 640 | $26.98 |
| June 17, 2020 | Sell | 2000 | $26.98 |
| June 17, 2020 | Sell | 520 | $26.98 |
| June 17, 2020 | Sell | 160 | $26.98 |
| June 17, 2020 | Sell | 2200 | $26.98 |
| June 17, 2020 | Sell | 600 | $26.98 |
| June 17, 2020 | Sell | 520 | $26.98 |
| June 17, 2020 | Sell | 720 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 1000 | $26.98 |
| June 17, 2020 | Sell | 1120 | $26.98 |
| June 17, 2020 | Sell | 1540 | $26.98 |
| June 17, 2020 | Sell | 760 | $26.98 |
| June 17, 2020 | Sell | 100 | $26.98 |
| June 17, 2020 | Sell | 200 | $26.98 |
| June 17, 2020 | Sell | 60 | $26.98 |
| June 17, 2020 | Sell | 2040 | $26.98 |
| June 17, 2020 | Sell | 260 | $26.98 |
| June 17, 2020 | Sell | 240 | $26.98 |
| June 17, 2020 | Sell | 1080 | $26.98 |
| June 17, 2020 | Sell | 220 | $26.98 |
| June 17, 2020 | Sell | 240 | $26.98 |
| June 17, 2020 | Sell | 400 | $26.98 |
| June 17, 2020 | Sell | 116 | $26.98 |
| June 17, 2020 | Sell | 1320 | $26.98 |
| June 17, 2020 | Sell | 480 | $26.98 |
| June 17, 2020 | Sell | 700 | $26.98 |

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33

| June 17, 2020 | Sell | 1800 | $26.98 |
|---|---|---|---|
| June 17, 2020 | Sell | 440 | $26.98 |
| June 17, 2020 | Sell | 400 | $26.98 |
| June 17, 2020 | Sell | 120 | $26.98 |
| June 17, 2020 | Sell | 96 | $26.98 |
| June 17, 2020 | Sell | 180 | $26.98 |
| June 17, 2020 | Sell | 720 | $26.98 |
| June 17, 2020 | Sell | 320 | $26.98 |

5. AWM is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired UCO securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. During the three-year period preceding the date of my signing this Certification, AWM have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7. AWM will not accept any payment for serving as a representative party on behalf of the Class beyond AWM's *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses directly relating to AWM's representation of the Class.

Executed on: 09 / 25 / 2020

*Tony Gomes*

Antonio P. Gomes

Doc ID: f6d56d4db14f247b458a0aa66eab6258ac40be33