# EXHIBIT C

# AWM Loss Chart

| Date | Transaction | Quantity | Price Per Share | Cost |
|---|---|---|---|---|
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |
| 4/13/20 | Buy | 280 | $ 50.43 | $ (14,120.40) |
| 4/13/20 | Buy | 520 | $ 50.43 | $ (26,223.60) |
| 4/13/20 | Buy | 132 | $ 50.43 | $ (6,656.76) |
| 4/13/20 | Buy | 960 | $ 50.43 | $ (48,412.80) |
| 4/13/20 | Buy | 1900 | $ 50.43 | $ (95,817.00) |
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |
| 4/13/20 | Buy | 600 | $ 50.43 | $ (30,258.00) |
| 4/13/20 | Buy | 480 | $ 50.43 | $ (24,206.40) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 260 | $ 50.43 | $ (13,111.80) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 3000 | $ 50.43 | $ (151,290.00) |
| 4/13/20 | Buy | 440 | $ 50.43 | $ (22,189.20) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 4200 | $ 50.43 | $ (211,806.00) |
| 4/13/20 | Buy | 60 | $ 50.43 | $ (3,025.80) |
| 4/13/20 | Buy | 88 | $ 50.43 | $ (4,437.84) |
| 4/13/20 | Buy | 320 | $ 50.43 | $ (16,137.60) |
| 4/13/20 | Buy | 132 | $ 50.43 | $ (6,656.76) |
| 4/13/20 | Buy | 560 | $ 50.43 | $ (28,240.80) |
| 4/13/20 | Buy | 400 | $ 50.43 | $ (20,172.00) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 88 | $ 50.43 | $ (4,437.84) |
| 4/13/20 | Buy | 260 | $ 50.43 | $ (13,111.80) |
| 4/13/20 | Buy | 840 | $ 50.43 | $ (42,361.20) |
| 4/13/20 | Buy | 5800 | $ 50.43 | $ (292,494.00) |
| 4/13/20 | Buy | 340 | $ 50.43 | $ (17,146.20) |
| 4/13/20 | Buy | 1600 | $ 50.43 | $ (80,688.00) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 1320 | $ 50.43 | $ (66,567.60) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 800 | $ 50.43 | $ (40,344.00) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 1000 | $ 50.43 | $ (50,430.00) |
| 4/13/20 | Buy | 720 | $ 50.43 | $ (36,309.60) |
| 4/13/20 | Buy | 320 | $ 50.43 | $ (16,137.60) |
| 4/13/20 | Buy | 560 | $ 50.43 | $ (28,240.80) |
| 4/13/20 | Buy | 700 | $ 50.43 | $ (35,301.00) |
| 4/13/20 | Buy | 1000 | $ 50.43 | $ (50,430.00) |

| Date | Transaction | Quantity | Price Per Share | Cost |
|---|---|---|---|---|
| 4/13/20 | Buy | 200 | $ 50.43 | $ (10,086.00) |
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |
| 4/13/20 | Buy | 520 | $ 50.43 | $ (26,223.60) |
| 4/13/20 | Buy | 140 | $ 50.43 | $ (7,060.20) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 840 | $ 50.43 | $ (42,361.20) |
| 4/13/20 | Buy | 840 | $ 50.43 | $ (42,361.20) |
| 4/13/20 | Buy | 84 | $ 50.43 | $ (4,236.12) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 340 | $ 50.43 | $ (17,146.20) |
| 4/13/20 | Buy | 240 | $ 50.43 | $ (12,103.20) |
| 4/13/20 | Buy | 100 | $ 50.43 | $ (5,043.00) |
| 4/13/20 | Buy | 260 | $ 50.43 | $ (13,111.80) |
| 4/13/20 | Buy | 1080 | $ 50.43 | $ (54,464.40) |
| 4/13/20 | Buy | 96 | $ 50.43 | $ (4,841.28) |
| 4/13/20 | Buy | 2900 | $ 50.43 | $ (146,247.00) |
| 4/13/20 | Buy | 1240 | $ 50.43 | $ (62,533.20) |
| 4/13/20 | Buy | 1000 | $ 50.43 | $ (50,430.00) |
| 4/13/20 | Buy | 280 | $ 50.43 | $ (14,120.40) |
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |
| 4/13/20 | Buy | 1400 | $ 50.43 | $ (70,602.00) |
| 4/13/20 | Buy | 1200 | $ 50.43 | $ (60,516.00) |
| 4/13/20 | Buy | 720 | $ 50.43 | $ (36,309.60) |
| 4/13/20 | Buy | 116 | $ 50.43 | $ (5,849.88) |
| 4/13/20 | Buy | 300 | $ 50.43 | $ (15,129.00) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 900 | $ 50.43 | $ (45,387.00) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 100 | $ 50.43 | $ (5,043.00) |
| 4/13/20 | Buy | 900 | $ 50.43 | $ (45,387.00) |
| 4/13/20 | Buy | 520 | $ 50.43 | $ (26,223.60) |
| 4/13/20 | Buy | 200 | $ 50.43 | $ (10,086.00) |
| 4/13/20 | Buy | 560 | $ 50.43 | $ (28,240.80) |
| 4/13/20 | Buy | 240 | $ 50.43 | $ (12,103.20) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |
| 4/13/20 | Buy | 880 | $ 50.43 | $ (44,378.40) |
| 4/13/20 | Buy | 560 | $ 50.43 | $ (28,240.80) |
| 4/13/20 | Buy | 440 | $ 50.43 | $ (22,189.20) |
| 4/13/20 | Buy | 200 | $ 50.43 | $ (10,086.00) |
| 4/13/20 | Buy | 1152 | $ 50.43 | $ (58,095.36) |
| 4/13/20 | Buy | 640 | $ 50.43 | $ (32,275.20) |

| Date | Transaction | Quantity | Price Per Share | Cost |
|---|---|---|---|---|
| 4/13/20 | Buy | 2000 | $ 50.43 | $ (100,860.00) |
| 4/13/20 | Buy | 520 | $ 50.43 | $ (26,223.60) |
| 4/13/20 | Buy | 160 | $ 50.43 | $ (8,068.80) |
| 4/13/20 | Buy | 2200 | $ 50.43 | $ (110,946.00) |
| 4/13/20 | Buy | 600 | $ 50.43 | $ (30,258.00) |
| 4/13/20 | Buy | 520 | $ 50.43 | $ (26,223.60) |
| 4/13/20 | Buy | 720 | $ 50.43 | $ (36,309.60) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 1000 | $ 50.43 | $ (50,430.00) |
| 4/13/20 | Buy | 1120 | $ 50.43 | $ (56,481.60) |
| 4/13/20 | Buy | 1540 | $ 50.43 | $ (77,662.20) |
| 4/13/20 | Buy | 760 | $ 50.43 | $ (38,326.80) |
| 4/13/20 | Buy | 100 | $ 50.43 | $ (5,043.00) |
| 4/13/20 | Buy | 200 | $ 50.43 | $ (10,086.00) |
| 4/13/20 | Buy | 60 | $ 50.43 | $ (3,025.80) |
| 4/13/20 | Buy | 2040 | $ 50.43 | $ (102,877.20) |
| 4/13/20 | Buy | 260 | $ 50.43 | $ (13,111.80) |
| 4/13/20 | Buy | 240 | $ 50.43 | $ (12,103.20) |
| 4/13/20 | Buy | 1080 | $ 50.43 | $ (54,464.40) |
| 4/13/20 | Buy | 220 | $ 50.43 | $ (11,094.60) |
| 4/13/20 | Buy | 240 | $ 50.43 | $ (12,103.20) |
| 4/13/20 | Buy | 400 | $ 50.43 | $ (20,172.00) |
| 4/13/20 | Buy | 116 | $ 50.43 | $ (5,849.88) |
| 4/13/20 | Buy | 1320 | $ 50.43 | $ (66,567.60) |
| 4/13/20 | Buy | 480 | $ 50.43 | $ (24,206.40) |
| 4/13/20 | Buy | 700 | $ 50.43 | $ (35,301.00) |
| 4/13/20 | Buy | 1800 | $ 50.43 | $ (90,774.00) |
| 4/13/20 | Buy | 440 | $ 50.43 | $ (22,189.20) |
| 4/13/20 | Buy | 400 | $ 50.43 | $ (20,172.00) |
| 4/13/20 | Buy | 120 | $ 50.43 | $ (6,051.60) |
| 4/13/20 | Buy | 96 | $ 50.43 | $ (4,841.28) |
| 4/13/20 | Buy | 180 | $ 50.43 | $ (9,077.40) |
| 4/13/20 | Buy | 720 | $ 50.43 | $ (36,309.60) |
| 4/13/20 | Buy | 320 | $ 50.43 | $ (16,137.60) |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 280 | $ 26.98 | $ 7,554.40 |
| 6/17/20 | Sell | 520 | $ 26.98 | $ 14,029.60 |
| 6/17/20 | Sell | 132 | $ 26.98 | $ 3,561.36 |
| 6/17/20 | Sell | 960 | $ 26.98 | $ 25,900.80 |
| 6/17/20 | Sell | 1900 | $ 26.98 | $ 51,262.00 |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 600 | $ 26.98 | $ 16,188.00 |
| 6/17/20 | Sell | 480 | $ 26.98 | $ 12,950.40 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |

| Date | Transaction | Quantity | Price Per Share | Cost |
|---|---|---|---|---|
| 6/17/20 | Sell | 260 | $ 26.98 | $ 7,014.80 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 3000 | $ 26.98 | $ 80,940.00 |
| 6/17/20 | Sell | 440 | $ 26.98 | $ 11,871.20 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 4200 | $ 26.98 | $ 113,316.00 |
| 6/17/20 | Sell | 60 | $ 26.98 | $ 1,618.80 |
| 6/17/20 | Sell | 88 | $ 26.98 | $ 2,374.24 |
| 6/17/20 | Sell | 320 | $ 26.98 | $ 8,633.60 |
| 6/17/20 | Sell | 132 | $ 26.98 | $ 3,561.36 |
| 6/17/20 | Sell | 560 | $ 26.98 | $ 15,108.80 |
| 6/17/20 | Sell | 400 | $ 26.98 | $ 10,792.00 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 88 | $ 26.98 | $ 2,374.24 |
| 6/17/20 | Sell | 260 | $ 26.98 | $ 7,014.80 |
| 6/17/20 | Sell | 840 | $ 26.98 | $ 22,663.20 |
| 6/17/20 | Sell | 5800 | $ 26.98 | $ 156,484.00 |
| 6/17/20 | Sell | 340 | $ 26.98 | $ 9,173.20 |
| 6/17/20 | Sell | 1600 | $ 26.98 | $ 43,168.00 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 1320 | $ 26.98 | $ 35,613.60 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |
| 6/17/20 | Sell | 800 | $ 26.98 | $ 21,584.00 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 1000 | $ 26.98 | $ 26,980.00 |
| 6/17/20 | Sell | 720 | $ 26.98 | $ 19,425.60 |
| 6/17/20 | Sell | 320 | $ 26.98 | $ 8,633.60 |
| 6/17/20 | Sell | 560 | $ 26.98 | $ 15,108.80 |
| 6/17/20 | Sell | 700 | $ 26.98 | $ 18,886.00 |
| 6/17/20 | Sell | 1000 | $ 26.98 | $ 26,980.00 |
| 6/17/20 | Sell | 200 | $ 26.98 | $ 5,396.00 |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 520 | $ 26.98 | $ 14,029.60 |
| 6/17/20 | Sell | 140 | $ 26.98 | $ 3,777.20 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |
| 6/17/20 | Sell | 840 | $ 26.98 | $ 22,663.20 |
| 6/17/20 | Sell | 840 | $ 26.98 | $ 22,663.20 |
| 6/17/20 | Sell | 84 | $ 26.98 | $ 2,266.32 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |
| 6/17/20 | Sell | 340 | $ 26.98 | $ 9,173.20 |
| 6/17/20 | Sell | 240 | $ 26.98 | $ 6,475.20 |
| 6/17/20 | Sell | 100 | $ 26.98 | $ 2,698.00 |
| 6/17/20 | Sell | 260 | $ 26.98 | $ 7,014.80 |

| Date | Transaction | Quantity | Price Per Share | Cost |
|------|-------------|----------|-----------------|------|
| 6/17/20 | Sell | 1080 | $ 26.98 | $ 29,138.40 |
| 6/17/20 | Sell | 96 | $ 26.98 | $ 2,590.08 |
| 6/17/20 | Sell | 2900 | $ 26.98 | $ 78,242.00 |
| 6/17/20 | Sell | 1240 | $ 26.98 | $ 33,455.20 |
| 6/17/20 | Sell | 1000 | $ 26.98 | $ 26,980.00 |
| 6/17/20 | Sell | 280 | $ 26.98 | $ 7,554.40 |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 1400 | $ 26.98 | $ 37,772.00 |
| 6/17/20 | Sell | 1200 | $ 26.98 | $ 32,376.00 |
| 6/17/20 | Sell | 720 | $ 26.98 | $ 19,425.60 |
| 6/17/20 | Sell | 116 | $ 26.98 | $ 3,129.68 |
| 6/17/20 | Sell | 300 | $ 26.98 | $ 8,094.00 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 900 | $ 26.98 | $ 24,282.00 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 100 | $ 26.98 | $ 2,698.00 |
| 6/17/20 | Sell | 900 | $ 26.98 | $ 24,282.00 |
| 6/17/20 | Sell | 520 | $ 26.98 | $ 14,029.60 |
| 6/17/20 | Sell | 200 | $ 26.98 | $ 5,396.00 |
| 6/17/20 | Sell | 560 | $ 26.98 | $ 15,108.80 |
| 6/17/20 | Sell | 240 | $ 26.98 | $ 6,475.20 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 880 | $ 26.98 | $ 23,742.40 |
| 6/17/20 | Sell | 560 | $ 26.98 | $ 15,108.80 |
| 6/17/20 | Sell | 440 | $ 26.98 | $ 11,871.20 |
| 6/17/20 | Sell | 200 | $ 26.98 | $ 5,396.00 |
| 6/17/20 | Sell | 1152 | $ 26.98 | $ 31,080.96 |
| 6/17/20 | Sell | 640 | $ 26.98 | $ 17,267.20 |
| 6/17/20 | Sell | 2000 | $ 26.98 | $ 53,960.00 |
| 6/17/20 | Sell | 520 | $ 26.98 | $ 14,029.60 |
| 6/17/20 | Sell | 160 | $ 26.98 | $ 4,316.80 |
| 6/17/20 | Sell | 2200 | $ 26.98 | $ 59,356.00 |
| 6/17/20 | Sell | 600 | $ 26.98 | $ 16,188.00 |
| 6/17/20 | Sell | 520 | $ 26.98 | $ 14,029.60 |
| 6/17/20 | Sell | 720 | $ 26.98 | $ 19,425.60 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 1000 | $ 26.98 | $ 26,980.00 |
| 6/17/20 | Sell | 1120 | $ 26.98 | $ 30,217.60 |
| 6/17/20 | Sell | 1540 | $ 26.98 | $ 41,549.20 |
| 6/17/20 | Sell | 760 | $ 26.98 | $ 20,504.80 |
| 6/17/20 | Sell | 100 | $ 26.98 | $ 2,698.00 |

| Date | Transaction | Quantity | Price Per Share | Cost |
|------|-------------|----------|-----------------|------|
| 6/17/20 | Sell | 200 | $ 26.98 | $ 5,396.00 |
| 6/17/20 | Sell | 60 | $ 26.98 | $ 1,618.80 |
| 6/17/20 | Sell | 2040 | $ 26.98 | $ 55,039.20 |
| 6/17/20 | Sell | 260 | $ 26.98 | $ 7,014.80 |
| 6/17/20 | Sell | 240 | $ 26.98 | $ 6,475.20 |
| 6/17/20 | Sell | 1080 | $ 26.98 | $ 29,138.40 |
| 6/17/20 | Sell | 220 | $ 26.98 | $ 5,935.60 |
| 6/17/20 | Sell | 240 | $ 26.98 | $ 6,475.20 |
| 6/17/20 | Sell | 400 | $ 26.98 | $ 10,792.00 |
| 6/17/20 | Sell | 116 | $ 26.98 | $ 3,129.68 |
| 6/17/20 | Sell | 1320 | $ 26.98 | $ 35,613.60 |
| 6/17/20 | Sell | 480 | $ 26.98 | $ 12,950.40 |
| 6/17/20 | Sell | 700 | $ 26.98 | $ 18,886.00 |
| 6/17/20 | Sell | 1800 | $ 26.98 | $ 48,564.00 |
| 6/17/20 | Sell | 440 | $ 26.98 | $ 11,871.20 |
| 6/17/20 | Sell | 400 | $ 26.98 | $ 10,792.00 |
| 6/17/20 | Sell | 120 | $ 26.98 | $ 3,237.60 |
| 6/17/20 | Sell | 96 | $ 26.98 | $ 2,590.08 |
| 6/17/20 | Sell | 180 | $ 26.98 | $ 4,856.40 |
| 6/17/20 | Sell | 720 | $ 26.98 | $ 19,425.60 |
| 6/17/20 | Sell | 320 | $ 26.98 | $ 8,633.60 |

| | | | | |
|------|------|------|------|------|
| **Total Purchases** | | 79,760 | | $ (4,022,296.80) |
| **Total Sales** | | 79,760 | | $ 2,151,924.80 |
| | | | | |
| **Total Loss** | | | | $ (1,870,372.00) |