# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO DI SCALA, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON, <br><br> Defendants. | No. 1: 20-cv-05865-NRB |

## DECLARATION OF ANTONIO P. GOMES

I, Antonio P. Gomes, declare as follows:

1.     I am the Founder and Chief Executive Officer ("CEO") of Advanced Wealth Management, LLC ("AWM"). AWM is a registered investment advisor located in Nokomis, Florida.

2.     I submit this Declaration in support of AWM's motion to be appointed Lead Plaintiff in the above-captioned action, and for approval of AWM's selected law firm, Block & Leviton LLP, to be appointed as Lead Counsel.

3.     I have personal knowledge of the facts set forth herein and would testify competently thereto.

4.     I obtained a B.B.A. degree from the University of Massachusetts at Amherst in 1986, and then a M.B.A degree from the University of Texas at Austin in 1988. Throughout my

Doc ID: 0ce569f03867646fc71c690af49d09bb66e6d607

career, I have obtained other certifications and attended numerous other trainings and conferences in the areas of business management and investment advisory services.

5.     After my graduation from the University of Texas at Austin, I worked in business management for Quaker Oats in Chicago, IL for approximately 5 years. From there, I joined Tropicana in Bradenton, FL until approximately 1998 or 1999, where I was responsible for managing a $2.6 billion portfolio. I worked as a venture capitalist for approximately 2 years.

6.     In early 2003, I began working in the investment advisory industry and have worked with several Broker Dealers up until late 2016.

7.     I founded AWM, a Florida Registered Investment Advisory in late 2016 whereby my clients authorize me to make discretionary trades on their accounts.  As a fiduciary and registered investment advisor, I had full, complete, and unfettered authority to make the purchases and sales of UCO securities at issue in this case. AWM controls and manages the funds under its control and acts as attorney-in-fact for them.

8.     I do not assert, and do not intend to assert, any individual claims against the Defendants in this case. AWM's claims are classwide.

9.     The fees AWM charges its clients are based upon the value of assets under management. Therefore, when the value of these assets falls, as in the case of UCO securities, AWM earns lower fees. The fees AWM charges its clients are based upon performance. Therefore, when AWM's performance drops, as it did as a result of the investment in UCO securities, AWM earns lower fees.

10.     Moreover, AWM has a significant financial interest in attempting to recover its clients' losses to maintain their goodwill and future business. As a result of AWM's losses

Doc ID: 0ce569f03867646fc71c690af49d09bb66e6d607

associated with AWM's UCO transactions, AWM estimates that it has lost approximately $8 million in assets under management due to lost clients.

11.    As a result of its substantial losses, AWM is highly motivated to seek to obtain the best possible result for itself and for the proposed class.

12.    As CEO of AWM, I am aware of what my role and responsibilities will be as Lead Plaintiff. I have discussed these matters with my counsel, Block & Leviton LLP, and I have asked questions regarding the case, its prosecution, and possible resolution. I believe the Court should appoint AWM as Lead Plaintiff because of its investment experience and significant interest in the outcome of the litigation. Moreover, as CEO of AWM, I have the capability and competency to oversee this litigation to a successful conclusion.

13.    AWM is capable of actively participating in this litigation and is committed to doing so, in part by working with its counsel, Block & Leviton LLP, to obtain the best possible recovery for the proposed class in an efficient manner.

14.    I understand that one of AWM's primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

15.    AWM is committed to the zealous prosecution of this case and will remain actively involved in it, including through my attendance at deposition and trial, if necessary. I understand that if appointed Lead Plaintiff, AWM owes a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

- 3 -

Doc ID: 0ce569f03867646fc71c690af49d09bb66e6d607

16.    I understand that, as Lead Plaintiff in this action, AWM is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

17.    As Lead Plaintiff, AWM will be responsible for directing the activities of its counsel for the duration of the litigation, who shall:

a. Determine and present the position of AWM as Lead Plaintiff on all matters that may arise during litigation of the action;

b. Coordinate the initiation of and conduct discovery on behalf of AWM as Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

c. Conduct settlement negotiations on behalf of AWM as Lead Plaintiff;

d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e. Retain expert consultants and witnesses;

f. Prepare and distribute periodic status reports to AWM as Lead Plaintiff;

g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Doc ID: 0ce569f03867646fc71c690af49d09bb66e6d607

- 5 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __09 / 24 / 2020__, at Nokomis, Florida.

*Tony Gomes*

Antonio P. Gomes

- 5 -

Doc ID: 0ce569f03867646fc71c690af49d09bb66e6d607