# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**PROSHARES ULTRA BLOOMBERG CRUDE OIL SECURITIES LITIGATION**

I, Honggui Qu, certify that:

1.    I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the ProShares Ultra Bloomberg Crude Oil securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.    I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.    My transactions in ProShares Ultra Bloomberg Crude Oil securities during the Class Period set forth in the Complaint are as follows:

      (See attached transactions)

5.    I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.    I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

9/24/2020
_____
Date

DocuSigned by:

*Honggui Qu*
8086F1635D144E1...
_____
Honggui Qu

DocuSign Envelope ID: 4E9CBCD2-14FD-4047-AD06-D9F010CBAFE3

## Honggui Qu's Transactions in ProShares Ultra Bloomberg Crude Oil  (UCO)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/6/2020 | Bought | 400.00 | $239.7500 |
| 3/6/2020 | Bought | 400.00 | $232.7500 |
| 3/9/2020 | Bought | 400.00 | $147.9713 |
| 3/9/2020 | Bought | 800.00 | $137.5000 |
| 3/9/2020 | Bought | 200.00 | $148.9425 |
| 3/9/2020 | Bought | 400.00 | $151.0000 |
| 3/9/2020 | Bought | 800.00 | $143.2500 |
| 3/9/2020 | Bought | 320.00 | $128.9641 |
| 3/9/2020 | Bought | 400.00 | $128.6051 |
| 3/9/2020 | Bought | 400.00 | $136.9725 |
| 3/9/2020 | Bought | 400.00 | $151.5000 |
| 3/9/2020 | Bought | 200.00 | $147.7500 |
| 3/9/2020 | Bought | 400.00 | $127.2500 |
| 3/9/2020 | Bought | 400.00 | $152.0000 |
| 3/9/2020 | Bought | 400.00 | $146.2500 |
| 3/10/2020 | Sold | -800.00 | $135.0025 |
| 3/10/2020 | Sold | -400.00 | $132.2500 |
| 3/10/2020 | Sold | -1,200.00 | $136.2800 |
| 3/10/2020 | Sold | -400.00 | $131.2525 |
| 3/10/2020 | Sold | -800.00 | $134.7500 |
| 3/10/2020 | Sold | -800.00 | $134.7500 |
| 3/10/2020 | Sold | -36.00 | $135.0025 |
| 3/10/2020 | Sold | -720.00 | $135.5000 |
| 3/10/2020 | Sold | -360.00 | $130.2525 |
| 3/10/2020 | Sold | -800.00 | $133.7525 |
| 3/11/2020 | Bought | 440.00 | $132.2591 |
| 3/11/2020 | Bought | 800.00 | $131.7500 |
| 3/11/2020 | Bought | 196.00 | $132.0000 |
| 3/11/2020 | Bought | 720.00 | $134.0000 |
| 3/11/2020 | Bought | 240.00 | $131.5000 |
| 3/11/2020 | Bought | 360.00 | $133.5000 |
| 3/11/2020 | Bought | 400.00 | $135.2225 |
| 3/11/2020 | Bought | 360.00 | $132.5000 |
| 3/11/2020 | Bought | 1,600.00 | $133.2500 |
| 3/12/2020 | Bought | 400.00 | $112.7500 |
| 3/12/2020 | Bought | 400.00 | $113.5000 |
| 3/12/2020 | Bought | 800.00 | $114.0000 |
| 3/12/2020 | Bought | 400.00 | $114.0000 |
| 3/12/2020 | Bought | 400.00 | $115.0000 |

| | | | |
|---|---|---:|---:|
| 3/12/2020 | Sold | -400.00 | $120.0000 |
| 3/12/2020 | Sold | -400.00 | $119.2500 |
| 3/12/2020 | Sold | -320.00 | $118.5000 |
| 3/12/2020 | Sold | -400.00 | $123.7500 |
| 3/13/2020 | Sold | -800.00 | $117.5001 |
| 3/13/2020 | Sold | -212.80 | $121.0000 |
| 3/13/2020 | Sold | -1,160.00 | $118.7525 |
| 3/13/2020 | Sold | -400.00 | $129.0025 |
| 3/13/2020 | Sold | -2,000.00 | $126.0000 |
| 3/13/2020 | Sold | -227.20 | $118.0000 |
| 3/13/2020 | Sold | -400.00 | $121.7525 |
| 3/13/2020 | Sold | -400.00 | $122.2503 |
| 3/16/2020 | Bought | 800.00 | $101.4994 |
| 3/16/2020 | Bought | 800.00 | $101.4950 |
| 3/16/2020 | Bought | 600.00 | $101.0000 |
| 3/16/2020 | Bought | 150.72 | $97.7500 |
| 3/16/2020 | Bought | 800.00 | $96.7500 |
| 3/16/2020 | Bought | 200.00 | $99.2500 |
| 3/17/2020 | Bought | 600.00 | $96.7500 |
| 3/17/2020 | Bought | 800.00 | $96.7500 |
| 3/17/2020 | Bought | 800.00 | $93.7500 |
| 3/17/2020 | Bought | 800.00 | $93.2500 |
| 3/17/2020 | Bought | 1,200.00 | $96.7500 |
| 3/17/2020 | Bought | 49.28 | $97.5000 |
| 3/17/2020 | Bought | 1,600.00 | $91.7500 |
| 3/18/2020 | Bought | 2,000.00 | $59.5000 |
| 3/18/2020 | Bought | 1,200.00 | $59.7344 |
| 3/18/2020 | Bought | 2,000.00 | $60.5000 |
| 3/18/2020 | Bought | 800.00 | $60.2500 |
| 3/18/2020 | Bought | 400.00 | $60.9845 |
| 3/18/2020 | Bought | 400.00 | $61.5868 |
| 3/18/2020 | Bought | 200.00 | $61.5000 |
| 3/18/2020 | Bought | 400.00 | $64.7500 |
| 3/18/2020 | Bought | 1,200.00 | $69.5000 |
| 3/18/2020 | Bought | 2,000.00 | $61.0000 |
| 3/18/2020 | Bought | 1,200.00 | $65.5000 |
| 3/18/2020 | Bought | 1,200.00 | $57.0000 |
| 3/18/2020 | Bought | 200.00 | $61.0000 |
| 3/18/2020 | Bought | 400.00 | $62.7500 |
| 3/18/2020 | Bought | 800.00 | $67.5000 |
| 3/18/2020 | Bought | 1,200.00 | $68.2500 |
| 3/19/2020 | Bought | 1,096.00 | $55.4724 |
| 3/19/2020 | Bought | 1,600.00 | $53.2325 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 3/19/2020 | Bought | 200.00 | $56.7600 |
| 3/19/2020 | Bought | 304.00 | $53.5000 |
| 3/19/2020 | Sold | -64.00 | $67.5000 |
| 3/19/2020 | Sold | -2,800.00 | $67.5003 |
| 3/19/2020 | Sold | -800.00 | $66.7500 |
| 3/19/2020 | Sold | -2,400.00 | $76.2500 |
| 3/19/2020 | Sold | -2,000.00 | $67.7500 |
| 3/19/2020 | Sold | -1,600.00 | $73.7500 |
| 3/19/2020 | Sold | -800.00 | $67.0000 |
| 3/19/2020 | Sold | -800.00 | $66.2500 |
| 3/19/2020 | Sold | -800.00 | $65.2575 |
| 3/19/2020 | Sold | -4,000.00 | $77.0000 |
| 3/19/2020 | Sold | -595.64 | $68.0000 |
| 3/19/2020 | Sold | -800.00 | $65.0000 |
| 3/19/2020 | Sold | -1,200.00 | $63.7500 |
| 3/19/2020 | Sold | -800.00 | $63.2500 |
| 3/19/2020 | Sold | -2,000.00 | $61.7525 |
| 3/19/2020 | Sold | -800.00 | $65.7500 |
| 3/19/2020 | Sold | -400.00 | $64.2500 |
| 3/20/2020 | Bought | 920.00 | $57.0000 |
| 3/20/2020 | Bought | 3.64 | $53.0000 |
| 3/20/2020 | Bought | 740.00 | $53.2500 |
| 3/20/2020 | Bought | 800.00 | $56.7500 |
| 3/20/2020 | Bought | 2,000.00 | $57.5000 |
| 3/20/2020 | Bought | 280.00 | $58.2500 |
| 3/20/2020 | Bought | 800.00 | $59.0000 |
| 3/20/2020 | Bought | 800.00 | $61.2500 |
| 3/20/2020 | Bought | 800.00 | $60.2663 |
| 3/20/2020 | Bought | 800.00 | $61.5000 |
| 3/20/2020 | Bought | 800.00 | $60.0000 |
| 3/20/2020 | Bought | 800.00 | $60.5000 |
| 3/20/2020 | Bought | 260.00 | $59.5000 |
| 3/20/2020 | Bought | 800.00 | $60.0000 |
| 3/23/2020 | Bought | 920.00 | $48.9698 |
| 3/23/2020 | Bought | 52.00 | $50.0000 |
| 3/23/2020 | Bought | 960.00 | $47.6589 |
| 3/23/2020 | Bought | 960.00 | $47.5000 |
| 3/23/2020 | Bought | 960.00 | $47.4703 |
| 3/23/2020 | Bought | 920.00 | $47.7264 |
| 3/23/2020 | Bought | 920.00 | $47.7500 |
| 3/23/2020 | Bought | 920.00 | $48.0000 |
| 3/23/2020 | Bought | 920.00 | $48.0000 |
| 3/23/2020 | Bought | 920.00 | $47.5000 |

| 3/23/2020 | Bought | 920.00 | $47.5000 |
|---|---|---|---|
| 3/23/2020 | Bought | 920.00 | $47.7120 |
| 3/23/2020 | Bought | 600.00 | $47.7500 |
| 3/23/2020 | Bought | 800.00 | $47.9163 |
| 3/23/2020 | Bought | 400.00 | $49.2500 |
| 3/23/2020 | Bought | 800.00 | $49.7500 |
| 3/23/2020 | Bought | 800.00 | $49.2500 |
| 3/23/2020 | Bought | 800.00 | $49.5000 |
| 3/23/2020 | Bought | 800.00 | $49.7500 |
| 3/23/2020 | Bought | 800.00 | $50.5000 |
| 3/23/2020 | Bought | 800.00 | $49.2500 |
| 3/23/2020 | Bought | 856.00 | $50.5000 |
| 3/23/2020 | Bought | 920.00 | $47.4504 |
| 3/23/2020 | Bought | 920.00 | $48.0000 |
| 3/23/2020 | Bought | 800.00 | $48.7500 |
| 3/23/2020 | Bought | 880.00 | $47.6943 |
| 3/23/2020 | Sold | -400.00 | $53.5000 |
| 3/23/2020 | Sold | -400.00 | $53.7500 |
| 3/23/2020 | Sold | -400.00 | $53.7562 |
| 3/23/2020 | Sold | -360.00 | $54.3750 |
| 3/23/2020 | Sold | -800.00 | $53.5001 |
| 3/24/2020 | Bought | 1,600.00 | $53.0000 |
| 3/24/2020 | Bought | 800.00 | $52.5000 |
| 3/24/2020 | Bought | 800.00 | $52.5000 |
| 3/24/2020 | Bought | 596.00 | $52.5000 |
| 3/24/2020 | Bought | 204.00 | $52.7500 |
| 3/24/2020 | Bought | 800.00 | $53.2500 |
| 3/24/2020 | Bought | 800.00 | $53.5000 |
| 3/24/2020 | Bought | 800.00 | $53.2500 |
| 3/24/2020 | Bought | 800.00 | $53.2500 |
| 3/24/2020 | Bought | 800.00 | $54.2500 |
| 3/24/2020 | Bought | 1,148.00 | $54.7500 |
| 3/24/2020 | Sold | -800.00 | $55.7500 |
| 3/24/2020 | Sold | -800.00 | $56.0025 |
| 3/25/2020 | Bought | 800.00 | $52.7500 |
| 3/25/2020 | Sold | -1,200.00 | $58.5000 |
| 3/25/2020 | Sold | -800.00 | $58.5000 |
| 3/25/2020 | Sold | -800.00 | $58.0000 |
| 3/25/2020 | Sold | -800.00 | $59.0000 |
| 3/25/2020 | Sold | -800.00 | $59.5000 |
| 3/25/2020 | Sold | -800.00 | $60.0000 |
| 3/25/2020 | Sold | -800.00 | $59.2500 |
| 3/25/2020 | Sold | -800.00 | $55.2500 |

DocuSign Envelope ID: 4E9CBCD2-14FD-4047-AB06-D9F010CBAFE3

| | | | |
|---|---|---:|---:|
| 3/25/2020 | Sold | -1,200.00 | $55.7500 |
| 3/25/2020 | Sold | -1,200.00 | $55.2500 |
| 3/25/2020 | Sold | -1,200.00 | $55.5000 |
| 3/25/2020 | Sold | -800.00 | $55.2500 |
| 3/25/2020 | Sold | -2,000.00 | $54.5000 |
| 3/25/2020 | Sold | -2,000.00 | $54.2500 |
| 3/25/2020 | Sold | -800.00 | $54.7500 |
| 3/25/2020 | Sold | -800.00 | $54.5000 |
| 3/25/2020 | Sold | -800.00 | $54.7500 |
| 3/25/2020 | Sold | -1,200.00 | $56.0000 |
| 3/25/2020 | Sold | -1,200.00 | $57.0000 |
| 3/25/2020 | Sold | -800.00 | $59.0000 |
| 3/25/2020 | Sold | -800.00 | $58.5000 |
| 3/25/2020 | Sold | -800.00 | $58.5000 |
| 3/25/2020 | Sold | -1,600.00 | $56.7500 |
| 3/25/2020 | Sold | -800.00 | $57.2500 |
| 3/25/2020 | Sold | -1,200.00 | $58.2500 |
| 3/25/2020 | Sold | -800.00 | $57.0000 |
| 3/25/2020 | Sold | -800.00 | $56.2500 |
| 3/25/2020 | Sold | -800.00 | $56.5000 |
| 3/25/2020 | Sold | -800.00 | $56.0000 |
| 3/26/2020 | Bought | 800.00 | $51.0000 |
| 3/26/2020 | Bought | 740.00 | $49.5000 |
| 3/26/2020 | Bought | 360.00 | $50.5000 |
| 3/26/2020 | Bought | 800.00 | $50.7500 |
| 3/26/2020 | Bought | 800.00 | $50.5000 |
| 3/26/2020 | Bought | 800.00 | $51.2500 |
| 3/26/2020 | Bought | 800.00 | $51.5000 |
| 3/26/2020 | Bought | 1,200.00 | $51.7500 |
| 3/26/2020 | Bought | 800.00 | $52.0000 |
| 3/26/2020 | Bought | 800.00 | $52.5000 |
| 3/26/2020 | Bought | 800.00 | $52.0000 |
| 3/26/2020 | Bought | 800.00 | $53.2500 |
| 3/26/2020 | Bought | 1,600.00 | $51.7500 |
| 3/26/2020 | Bought | 800.00 | $52.0000 |
| 3/26/2020 | Bought | 1,600.00 | $52.0000 |
| 3/26/2020 | Bought | 800.00 | $52.7500 |
| 3/26/2020 | Bought | 800.00 | $52.7500 |
| 3/26/2020 | Bought | 800.00 | $53.0000 |
| 3/26/2020 | Bought | 1,200.00 | $53.2500 |
| 3/26/2020 | Bought | 800.00 | $53.2500 |
| 3/26/2020 | Sold | -2,400.00 | $52.0000 |
| 3/26/2020 | Sold | -2,000.00 | $52.0000 |

| 3/26/2020 | Sold | -2,300.00 | $52.0025 |
|---|---|---|---|
| 3/27/2020 | Bought | 220.00 | $43.7500 |
| 3/27/2020 | Bought | 800.00 | $43.7500 |
| 3/27/2020 | Bought | 800.00 | $43.7500 |
| 3/27/2020 | Bought | 800.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $43.5000 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 800.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $44.0000 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 800.00 | $44.5000 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 400.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $43.7500 |
| 3/27/2020 | Bought | 400.00 | $44.0000 |
| 3/27/2020 | Bought | 400.00 | $43.5000 |
| 3/27/2020 | Bought | 400.00 | $43.7500 |
| 3/27/2020 | Bought | 400.00 | $43.5000 |
| 3/27/2020 | Bought | 400.00 | $43.5000 |
| 3/27/2020 | Bought | 400.00 | $43.7500 |
| 3/27/2020 | Bought | 800.00 | $43.7500 |
| 3/27/2020 | Bought | 400.00 | $44.0000 |
| 3/27/2020 | Bought | 400.00 | $44.0000 |
| 3/27/2020 | Bought | 400.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $44.2500 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 400.00 | $44.7500 |
| 3/27/2020 | Bought | 400.00 | $44.7500 |
| 3/27/2020 | Bought | 400.00 | $45.2500 |
| 3/27/2020 | Bought | 400.00 | $44.5000 |
| 3/27/2020 | Bought | 400.00 | $44.7500 |
| 3/27/2020 | Bought | 400.00 | $45.2500 |
| 3/27/2020 | Bought | 400.00 | $45.2500 |
| 3/27/2020 | Bought | 400.00 | $45.5000 |
| 3/27/2020 | Bought | 400.00 | $45.5000 |
| 3/27/2020 | Bought | 400.00 | $45.2500 |
| 3/27/2020 | Bought | 800.00 | $46.0000 |
| 3/27/2020 | Bought | 400.00 | $45.7500 |
| 3/30/2020 | Bought | 1,960.00 | $37.5000 |
| 3/30/2020 | Bought | 800.00 | $39.5000 |
| 3/30/2020 | Bought | 2,272.00 | $36.5000 |

| 3/30/2020 | Bought | 1,600.00 | $37.5000 |
|---|---|---|---|
| 3/30/2020 | Bought | 800.00 | $39.2500 |
| 3/30/2020 | Bought | 800.00 | $39.7500 |
| 3/30/2020 | Bought | 800.00 | $39.5000 |
| 3/30/2020 | Bought | 800.00 | $39.2500 |
| 3/30/2020 | Bought | 2,040.00 | $38.7500 |
| 3/30/2020 | Bought | 800.00 | $39.5000 |
| 3/30/2020 | Bought | 400.00 | $40.0000 |
| 3/30/2020 | Bought | 400.00 | $40.1750 |
| 3/30/2020 | Bought | 400.00 | $40.5000 |
| 3/30/2020 | Bought | 400.00 | $40.7500 |
| 3/30/2020 | Bought | 400.00 | $40.8750 |
| 3/30/2020 | Bought | 400.00 | $40.5000 |
| 3/30/2020 | Bought | 400.00 | $39.6250 |
| 3/30/2020 | Bought | 400.00 | $39.5250 |
| 3/30/2020 | Bought | 400.00 | $38.7500 |
| 3/30/2020 | Bought | 400.00 | $38.5000 |
| 3/30/2020 | Bought | 400.00 | $39.1763 |
| 3/30/2020 | Bought | 400.00 | $39.7500 |
| 3/30/2020 | Bought | 400.00 | $40.0000 |
| 3/30/2020 | Bought | 400.00 | $38.7500 |
| 3/30/2020 | Bought | 400.00 | $39.0000 |
| 3/30/2020 | Bought | 400.00 | $38.9850 |
| 3/30/2020 | Bought | 400.00 | $39.0000 |
| 3/30/2020 | Bought | 400.00 | $38.5000 |
| 3/30/2020 | Bought | 400.00 | $38.7500 |
| 3/30/2020 | Bought | 400.00 | $38.2500 |
| 3/30/2020 | Bought | 400.00 | $38.5000 |
| 3/30/2020 | Bought | 400.00 | $38.7500 |
| 3/30/2020 | Bought | 400.00 | $39.0000 |
| 3/30/2020 | Bought | 400.00 | $39.0000 |
| 3/30/2020 | Bought | 400.00 | $38.7500 |
| 3/30/2020 | Bought | 400.00 | $39.2500 |
| 3/30/2020 | Bought | 400.00 | $39.0000 |
| 3/30/2020 | Bought | 400.00 | $39.2500 |
| 3/30/2020 | Bought | 580.00 | $39.7500 |
| 3/31/2020 | Bought | 1,200.00 | $40.9988 |
| 3/31/2020 | Bought | 800.00 | $41.0000 |
| 3/31/2020 | Bought | 400.00 | $40.9750 |
| 3/31/2020 | Bought | 400.00 | $40.5000 |
| 3/31/2020 | Bought | 528.00 | $40.7500 |
| 4/1/2020 | Sold | -800.00 | $41.0000 |
| 4/1/2020 | Sold | -800.00 | $40.7500 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 4/1/2020 | Sold | -400.00 | $40.0000 |
| 4/2/2020 | Sold | -800.00 | $58.6100 |
| 4/2/2020 | Sold | -400.00 | $60.5000 |
| 4/2/2020 | Sold | -1,200.00 | $46.2500 |
| 4/2/2020 | Sold | -400.00 | $57.7500 |
| 4/2/2020 | Sold | -400.00 | $57.5000 |
| 4/2/2020 | Sold | -400.00 | $56.7500 |
| 4/2/2020 | Sold | -400.00 | $56.2500 |
| 4/2/2020 | Sold | -800.00 | $55.2500 |
| 4/2/2020 | Sold | -800.00 | $55.0000 |
| 4/2/2020 | Sold | -400.00 | $58.2500 |
| 4/2/2020 | Sold | -400.00 | $60.0000 |
| 4/2/2020 | Sold | -800.00 | $63.5000 |
| 4/2/2020 | Sold | -800.00 | $62.7500 |
| 4/2/2020 | Sold | -2,000.00 | $56.0798 |
| 4/2/2020 | Sold | -2,000.00 | $46.7500 |
| 4/3/2020 | Sold | -400.00 | $69.2500 |
| 4/3/2020 | Sold | -400.00 | $68.7500 |
| 4/3/2020 | Sold | -400.00 | $65.2500 |
| 4/3/2020 | Sold | -400.00 | $68.6640 |
| 4/3/2020 | Sold | -1,200.00 | $73.2500 |
| 4/3/2020 | Sold | -800.00 | $72.7500 |
| 4/3/2020 | Sold | -400.00 | $70.2500 |
| 4/3/2020 | Sold | -400.00 | $67.7500 |
| 4/3/2020 | Sold | -400.00 | $65.5000 |
| 4/3/2020 | Sold | -400.00 | $65.2500 |
| 4/3/2020 | Sold | -400.00 | $64.2500 |
| 4/3/2020 | Sold | -800.00 | $75.7650 |
| 4/6/2020 | Bought | 720.00 | $61.7500 |
| 4/6/2020 | Bought | 800.00 | $61.2500 |
| 4/6/2020 | Bought | 800.00 | $61.2500 |
| 4/6/2020 | Bought | 1,600.00 | $62.7500 |
| 4/6/2020 | Bought | 800.00 | $62.5000 |
| 4/6/2020 | Bought | 800.00 | $62.7500 |
| 4/6/2020 | Bought | 800.00 | $64.0000 |
| 4/6/2020 | Bought | 400.00 | $65.0000 |
| 4/6/2020 | Bought | 400.00 | $65.2500 |
| 4/6/2020 | Bought | 800.00 | $65.7500 |
| 4/6/2020 | Bought | 800.00 | $66.0000 |
| 4/6/2020 | Bought | 800.00 | $66.5186 |
| 4/6/2020 | Bought | 1,200.00 | $67.7500 |
| 4/6/2020 | Bought | 800.00 | $68.2500 |
| 4/7/2020 | Bought | 680.00 | $62.2500 |

| | | | |
|---|---|---|---|
| 4/7/2020 | Bought | 174.00 | $52.6419 |
| 4/7/2020 | Bought | 520.00 | $60.7500 |
| 4/7/2020 | Bought | 800.00 | $62.0000 |
| 4/7/2020 | Bought | 400.00 | $61.5000 |
| 4/7/2020 | Bought | 400.00 | $61.5000 |
| 4/7/2020 | Bought | 400.00 | $61.7500 |
| 4/7/2020 | Bought | 400.00 | $62.0000 |
| 4/7/2020 | Bought | 400.00 | $62.0000 |
| 4/7/2020 | Bought | 400.00 | $62.0000 |
| 4/7/2020 | Bought | 400.00 | $62.2500 |
| 4/7/2020 | Bought | 400.00 | $62.5000 |
| 4/7/2020 | Bought | 480.00 | $62.5000 |
| 4/7/2020 | Bought | 400.00 | $63.0000 |
| 4/7/2020 | Bought | 400.00 | $63.2370 |
| 4/8/2020 | Bought | 226.00 | $54.2500 |
| 4/8/2020 | Bought | 400.00 | $53.2500 |
| 4/8/2020 | Bought | 400.00 | $53.5000 |
| 4/8/2020 | Bought | 200.00 | $53.2500 |
| 4/8/2020 | Bought | 200.00 | $53.5000 |
| 4/8/2020 | Bought | 200.00 | $53.2500 |
| 4/8/2020 | Bought | 400.00 | $52.5000 |
| 4/8/2020 | Bought | 400.00 | $52.2500 |
| 4/8/2020 | Bought | 400.00 | $52.5000 |
| 4/8/2020 | Bought | 400.00 | $52.5000 |
| 4/8/2020 | Bought | 328.00 | $52.5000 |
| 4/8/2020 | Bought | 400.00 | $52.5000 |
| 4/8/2020 | Bought | 240.00 | $52.0000 |
| 4/8/2020 | Sold | -800.00 | $55.0000 |
| 4/8/2020 | Sold | -128.00 | $55.7500 |
| 4/9/2020 | Bought | 400.00 | $50.5000 |
| 4/9/2020 | Bought | 400.00 | $52.0000 |
| 4/9/2020 | Bought | 400.00 | $51.6800 |
| 4/9/2020 | Bought | 400.00 | $50.2500 |
| 4/9/2020 | Bought | 400.00 | $49.7500 |
| 4/9/2020 | Bought | 400.00 | $51.5000 |
| 4/9/2020 | Bought | 400.00 | $51.6700 |
| 4/9/2020 | Bought | 1,200.00 | $53.2500 |
| 4/9/2020 | Bought | 400.00 | $52.5000 |
| 4/9/2020 | Bought | 800.00 | $53.0000 |
| 4/9/2020 | Bought | 640.00 | $59.5000 |
| 4/9/2020 | Bought | 960.00 | $57.5000 |
| 4/9/2020 | Bought | 100.00 | $49.0000 |
| 4/9/2020 | Bought | 400.00 | $56.5000 |

| | | | |
|---|---|---|---|
| 4/9/2020 | Bought | 400.00 | $56.7500 |
| 4/9/2020 | Bought | 520.00 | $56.7500 |
| 4/9/2020 | Bought | 680.00 | $56.7500 |
| 4/9/2020 | Bought | 320.00 | $57.7500 |
| 4/9/2020 | Sold | -560.00 | $58.2500 |
| 4/9/2020 | Sold | -2,000.00 | $63.0000 |
| 4/9/2020 | Sold | -1,600.00 | $60.2500 |
| 4/9/2020 | Sold | -400.00 | $60.0000 |
| 4/13/2020 | Bought | 400.00 | $50.8750 |
| 4/13/2020 | Bought | 400.00 | $52.7500 |
| 4/13/2020 | Bought | 700.00 | $50.5000 |
| 4/14/2020 | Bought | 400.00 | $45.5000 |
| 4/14/2020 | Bought | 480.00 | $45.0000 |
| 4/14/2020 | Bought | 200.00 | $46.0000 |
| 4/15/2020 | Bought | 56.40 | $40.5000 |
| 4/15/2020 | Bought | 155.60 | $40.5000 |
| 4/15/2020 | Bought | 520.00 | $41.7500 |
| 4/16/2020 | Bought | 188.00 | $39.5000 |
| 4/16/2020 | Sold | -2,000.00 | $40.0000 |
| 4/16/2020 | Sold | -2,000.00 | $39.0000 |
| 4/16/2020 | Sold | -400.00 | $39.5000 |
| 4/16/2020 | Sold | -2,000.00 | $38.7525 |
| 4/17/2020 | Sold | -4,000.00 | $39.0000 |
| 4/17/2020 | Sold | -4,000.00 | $39.0000 |
| 4/17/2020 | Sold | -8.12 | $39.7500 |
| 4/17/2020 | Sold | -2,000.00 | $39.5025 |
| 4/17/2020 | Sold | -2,000.00 | $39.7500 |
| 4/17/2020 | Sold | -2,000.00 | $40.5000 |
| 4/17/2020 | Sold | -2,000.00 | $39.7500 |
| 4/17/2020 | Sold | -2,000.00 | $39.5000 |
| 4/20/2020 | Bought | 2,000.00 | $33.5000 |
| 4/20/2020 | Bought | 8.12 | $35.0000 |
| 4/20/2020 | Sold | -412.00 | $35.7500 |
| 4/20/2020 | Sold | -2,000.00 | $35.2500 |
| 4/21/2020 | Bought | 1,000.00 | $12.3300 |
| 4/21/2020 | Bought | 2,500.00 | $12.0000 |
| 4/21/2020 | Bought | 3,000.00 | $12.7935 |
| 4/21/2020 | Bought | 2,000.00 | $13.2000 |
| 4/21/2020 | Bought | 5,000.00 | $13.5000 |
| 4/21/2020 | Bought | 5,000.00 | $13.4880 |
| 4/21/2020 | Bought | 5,000.00 | $14.1720 |
| 4/21/2020 | Bought | 8,000.00 | $12.9462 |
| 4/21/2020 | Bought | 2,000.00 | $14.7695 |

| | | | |
|---|---|---|---|
| 4/21/2020 | Bought | 2,000.00 | $16.6500 |
| 4/21/2020 | Bought | 1,000.00 | $16.7700 |
| 4/21/2020 | Bought | 2,000.00 | $16.9600 |
| 4/21/2020 | Bought | 5,000.00 | $17.2500 |
| 4/21/2020 | Bought | 5,000.00 | $16.9757 |
| 4/21/2020 | Bought | 5,000.00 | $17.4996 |
| 4/21/2020 | Bought | 5,000.00 | $17.8500 |
| 4/21/2020 | Bought | 4,000.00 | $18.8344 |
| 4/21/2020 | Bought | 2,000.00 | $18.0560 |
| 4/21/2020 | Bought | 2,000.00 | $18.1650 |
| 4/21/2020 | Bought | 2,000.00 | $19.1300 |
| 4/21/2020 | Bought | 2,000.00 | $19.0000 |
| 4/21/2020 | Bought | 2,000.00 | $19.2500 |
| 4/21/2020 | Bought | 2,000.00 | $19.6500 |
| 4/21/2020 | Bought | 2,000.00 | $20.0000 |
| 4/21/2020 | Bought | 2,000.00 | $20.3000 |
| 4/21/2020 | Bought | 2,000.00 | $20.3000 |
| 4/21/2020 | Bought | 2,000.00 | $20.5903 |
| 4/21/2020 | Bought | 2,000.00 | $21.5000 |
| 4/21/2020 | Bought | 2,000.00 | $21.7405 |
| 4/21/2020 | Bought | 4,000.00 | $22.3488 |
| 4/21/2020 | Bought | 2,000.00 | $22.7000 |
| 4/21/2020 | Bought | 3,000.00 | $22.7000 |
| 4/21/2020 | Bought | 3,000.00 | $22.6993 |
| 4/21/2020 | Bought | 3,000.00 | $22.8780 |
| 4/21/2020 | Bought | 2,000.00 | $22.7445 |
| 4/21/2020 | Bought | 3,000.00 | $23.0377 |
| 4/21/2020 | Bought | 2,000.00 | $22.9502 |
| 4/21/2020 | Sold | -988.00 | $23.4730 |
| 4/22/2020 | Sold | -10,000.00 | $16.6800 |
| 4/22/2020 | Sold | -10,000.00 | $15.8702 |
| 4/22/2020 | Sold | -10,000.00 | $16.2784 |
| 4/22/2020 | Sold | -5,000.00 | $17.3000 |
| 4/22/2020 | Sold | -40,000.00 | $16.5800 |
| 4/22/2020 | Sold | -25,000.00 | $16.5800 |
| 4/22/2020 | Sold | -10,000.00 | $16.5800 |
| 4/22/2020 | Sold | -3,500.00 | $16.5800 |
| 4/27/2020 | Bought | 4,900.00 | $12.0600 |
| 4/27/2020 | Bought | 5,100.00 | $12.0600 |
| 4/27/2020 | Sold | -5,000.00 | $12.4200 |
| 4/27/2020 | Sold | -5,000.00 | $12.3305 |
| 4/27/2020 | Sold | -10,000.00 | $12.3300 |
| 4/27/2020 | Sold | -5,000.00 | $12.4500 |

DocuSign Envelope ID: 1E9CBCD3-14FD-4047-AD06-D9F010CBAFE3

| 4/27/2020 | Sold | -5,000.00 | $12.4501 |
| 4/27/2020 | Sold | -5,000.00 | $12.8601 |