# EXHIBIT C

Loss Chart

**Company Name:** ProShares Ultra Bloomberg Crude Oil
**Ticker:** UCO
**Class Period:** March 6, 2020 to April 27, 2020
**Name:** Honggui Qu

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/6/2020 | 400.00 | $239.7500 | -$95,900.0000 | | $0.0000 | -$95,900.00 |
| 3/6/2020 | 400.00 | $232.7500 | -$93,100.0000 | | $0.0000 | -$93,100.00 |
| 3/9/2020 | 400.00 | $147.9713 | -$59,188.5000 | | $0.0000 | -$59,188.50 |
| 3/9/2020 | 800.00 | $137.5000 | -$110,000.0000 | | $0.0000 | -$110,000.00 |
| 3/9/2020 | 200.00 | $148.9425 | -$29,788.5000 | | $0.0000 | -$29,788.50 |
| 3/9/2020 | 400.00 | $151.0000 | -$60,400.0000 | | $0.0000 | -$60,400.00 |
| 3/9/2020 | 800.00 | $143.2500 | -$114,600.0000 | | $0.0000 | -$114,600.00 |
| 3/9/2020 | 320.00 | $128.9641 | -$41,268.5000 | | $0.0000 | -$41,268.50 |
| 3/9/2020 | 400.00 | $128.6051 | -$51,442.0300 | | $0.0000 | -$51,442.03 |
| 3/9/2020 | 400.00 | $136.9725 | -$54,789.0000 | | $0.0000 | -$54,789.00 |
| 3/9/2020 | 400.00 | $151.5000 | -$60,600.0000 | | $0.0000 | -$60,600.00 |
| 3/9/2020 | 200.00 | $147.7500 | -$29,550.0000 | | $0.0000 | -$29,550.00 |
| 3/9/2020 | 400.00 | $127.2500 | -$50,900.0000 | | $0.0000 | -$50,900.00 |
| 3/9/2020 | 400.00 | $152.0000 | -$60,800.0000 | | $0.0000 | -$60,800.00 |
| 3/9/2020 | 400.00 | $146.2500 | -$58,500.0000 | | $0.0000 | -$58,500.00 |
| 3/10/2020 | -800.00 | | $0.0000 | $135.0025 | $108,002.0000 | $108,002.00 |
| 3/10/2020 | -400.00 | | $0.0000 | $132.2500 | $52,900.0000 | $52,900.00 |
| 3/10/2020 | -1,200.00 | | $0.0000 | $136.2800 | $163,536.0000 | $163,536.00 |
| 3/10/2020 | -400.00 | | $0.0000 | $131.2525 | $52,501.0000 | $52,501.00 |
| 3/10/2020 | -800.00 | | $0.0000 | $134.7500 | $107,800.0000 | $107,800.00 |
| 3/10/2020 | -800.00 | | $0.0000 | $134.7500 | $107,800.0000 | $107,800.00 |
| 3/10/2020 | -36.00 | | $0.0000 | $135.0025 | $4,860.0900 | $4,860.09 |
| 3/10/2020 | -720.00 | | $0.0000 | $135.5000 | $97,560.0000 | $97,560.00 |
| 3/10/2020 | -360.00 | | $0.0000 | $130.2525 | $46,890.9000 | $46,890.90 |
| 3/10/2020 | -800.00 | | $0.0000 | $133.7525 | $107,002.0000 | $107,002.00 |
| 3/11/2020 | 440.00 | $132.2591 | -$58,193.9996 | | $0.0000 | -$58,194.00 |
| 3/11/2020 | 800.00 | $131.7500 | -$105,400.0000 | | $0.0000 | -$105,400.00 |
| 3/11/2020 | 196.00 | $132.0000 | -$25,872.0000 | | $0.0000 | -$25,872.00 |
| 3/11/2020 | 720.00 | $134.0000 | -$96,480.0000 | | $0.0000 | -$96,480.00 |
| 3/11/2020 | 240.00 | $131.5000 | -$31,560.0000 | | $0.0000 | -$31,560.00 |
| 3/11/2020 | 360.00 | $133.5000 | -$48,060.0000 | | $0.0000 | -$48,060.00 |
| 3/11/2020 | 400.00 | $135.2225 | -$54,089.0000 | | $0.0000 | -$54,089.00 |
| 3/11/2020 | 360.00 | $132.5000 | -$47,700.0000 | | $0.0000 | -$47,700.00 |
| 3/11/2020 | 1,600.00 | $133.2500 | -$213,200.0000 | | $0.0000 | -$213,200.00 |
| 3/12/2020 | 400.00 | $112.7500 | -$45,100.0000 | | $0.0000 | -$45,100.00 |
| 3/12/2020 | 400.00 | $113.5000 | -$45,400.0000 | | $0.0000 | -$45,400.00 |
| 3/12/2020 | 800.00 | $114.0000 | -$91,200.0000 | | $0.0000 | -$91,200.00 |
| 3/12/2020 | 400.00 | $114.0000 | -$45,600.0000 | | $0.0000 | -$45,600.00 |
| 3/12/2020 | 400.00 | $115.0000 | -$46,000.0000 | | $0.0000 | -$46,000.00 |
| 3/12/2020 | -400.00 | | $0.0000 | $120.0000 | $48,000.0000 | $48,000.00 |
| 3/12/2020 | -400.00 | | $0.0000 | $119.2500 | $47,700.0000 | $47,700.00 |
| 3/12/2020 | -320.00 | | $0.0000 | $118.5000 | $37,920.0000 | $37,920.00 |
| 3/12/2020 | -400.00 | | $0.0000 | $123.7500 | $49,500.0000 | $49,500.00 |
| 3/13/2020 | -800.00 | | $0.0000 | $117.5001 | $94,000.0400 | $94,000.04 |
| 3/13/2020 | -212.80 | | $0.0000 | $121.0000 | $25,748.8000 | $25,748.80 |
| 3/13/2020 | -1,160.00 | | $0.0000 | $118.7525 | $137,752.9000 | $137,752.90 |
| 3/13/2020 | -400.00 | | $0.0000 | $129.0025 | $51,601.0000 | $51,601.00 |
| 3/13/2020 | -2,000.00 | | $0.0000 | $126.0000 | $252,000.0000 | $252,000.00 |
| 3/13/2020 | -227.20 | | $0.0000 | $118.0000 | $26,809.6000 | $26,809.60 |
| 3/13/2020 | -400.00 | | $0.0000 | $121.7525 | $48,701.0000 | $48,701.00 |
| 3/13/2020 | -400.00 | | $0.0000 | $122.2503 | $48,900.1200 | $48,900.12 |
| 3/16/2020 | 800.00 | $101.4994 | -$81,199.5000 | | $0.0000 | -$81,199.50 |
| 3/16/2020 | 800.00 | $101.4950 | -$81,196.0000 | | $0.0000 | -$81,196.00 |
| 3/16/2020 | 600.00 | $101.0000 | -$60,600.0000 | | $0.0000 | -$60,600.00 |
| 3/16/2020 | 150.72 | $97.7500 | -$14,732.8800 | | $0.0000 | -$14,732.88 |
| 3/16/2020 | 800.00 | $96.7500 | -$77,400.0000 | | $0.0000 | -$77,400.00 |
| 3/16/2020 | 200.00 | $99.2500 | -$19,850.0000 | | $0.0000 | -$19,850.00 |
| 3/17/2020 | 600.00 | $96.7500 | -$58,050.0000 | | $0.0000 | -$58,050.00 |
| 3/17/2020 | 800.00 | $96.7500 | -$77,400.0000 | | $0.0000 | -$77,400.00 |
| 3/17/2020 | 800.00 | $93.7500 | -$75,000.0000 | | $0.0000 | -$75,000.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/17/2020 | 800.00 | $93.2500 | -$74,600.0000 | | $0.0000 | -$74,600.00 |
| 3/17/2020 | 1,200.00 | $96.7500 | -$116,100.0000 | | $0.0000 | -$116,100.00 |
| 3/17/2020 | 49.28 | $97.5000 | -$4,804.8000 | | $0.0000 | -$4,804.80 |
| 3/17/2020 | 1,600.00 | $91.7500 | -$146,800.0000 | | $0.0000 | -$146,800.00 |
| 3/18/2020 | 2,000.00 | $59.5000 | -$119,000.0000 | | $0.0000 | -$119,000.00 |
| 3/18/2020 | 1,200.00 | $59.7344 | -$71,681.2500 | | $0.0000 | -$71,681.25 |
| 3/18/2020 | 2,000.00 | $60.5000 | -$121,000.0000 | | $0.0000 | -$121,000.00 |
| 3/18/2020 | 800.00 | $60.2500 | -$48,200.0000 | | $0.0000 | -$48,200.00 |
| 3/18/2020 | 400.00 | $60.9845 | -$24,393.8000 | | $0.0000 | -$24,393.80 |
| 3/18/2020 | 400.00 | $61.5868 | -$24,634.7000 | | $0.0000 | -$24,634.70 |
| 3/18/2020 | 200.00 | $61.5000 | -$12,300.0000 | | $0.0000 | -$12,300.00 |
| 3/18/2020 | 400.00 | $64.7500 | -$25,900.0000 | | $0.0000 | -$25,900.00 |
| 3/18/2020 | 1,200.00 | $69.5000 | -$83,400.0000 | | $0.0000 | -$83,400.00 |
| 3/18/2020 | 2,000.00 | $61.0000 | -$122,000.0000 | | $0.0000 | -$122,000.00 |
| 3/18/2020 | 1,200.00 | $65.5000 | -$78,600.0000 | | $0.0000 | -$78,600.00 |
| 3/18/2020 | 1,200.00 | $57.0000 | -$68,400.0000 | | $0.0000 | -$68,400.00 |
| 3/18/2020 | 200.00 | $61.0000 | -$12,200.0000 | | $0.0000 | -$12,200.00 |
| 3/18/2020 | 400.00 | $62.7500 | -$25,100.0000 | | $0.0000 | -$25,100.00 |
| 3/18/2020 | 800.00 | $67.5000 | -$54,000.0000 | | $0.0000 | -$54,000.00 |
| 3/18/2020 | 1,200.00 | $68.2500 | -$81,900.0000 | | $0.0000 | -$81,900.00 |
| 3/19/2020 | 1,096.00 | $55.4724 | -$60,797.7504 | | $0.0000 | -$60,797.75 |
| 3/19/2020 | 1,600.00 | $53.2325 | -$85,172.0000 | | $0.0000 | -$85,172.00 |
| 3/19/2020 | 200.00 | $56.7600 | -$11,352.0000 | | $0.0000 | -$11,352.00 |
| 3/19/2020 | 304.00 | $53.5000 | -$16,264.0000 | | $0.0000 | -$16,264.00 |
| 3/19/2020 | -64.00 | | $0.0000 | $67.5000 | $4,320.0000 | $4,320.00 |
| 3/19/2020 | -2,800.00 | | $0.0000 | $67.5003 | $189,000.9310 | $189,000.93 |
| 3/19/2020 | -800.00 | | $0.0000 | $66.7500 | $53,400.0000 | $53,400.00 |
| 3/19/2020 | -2,400.00 | | $0.0000 | $76.2500 | $183,000.0000 | $183,000.00 |
| 3/19/2020 | -2,000.00 | | $0.0000 | $67.7500 | $135,500.0000 | $135,500.00 |
| 3/19/2020 | -1,600.00 | | $0.0000 | $73.7500 | $118,000.0000 | $118,000.00 |
| 3/19/2020 | -800.00 | | $0.0000 | $67.0000 | $53,600.0000 | $53,600.00 |
| 3/19/2020 | -800.00 | | $0.0000 | $66.2500 | $53,000.0000 | $53,000.00 |
| 3/19/2020 | -800.00 | | $0.0000 | $65.2575 | $52,205.9800 | $52,205.98 |
| 3/19/2020 | -4,000.00 | | $0.0000 | $77.0000 | $308,000.0000 | $308,000.00 |
| 3/19/2020 | -595.64 | | $0.0000 | $68.0000 | $40,503.5200 | $40,503.52 |
| 3/19/2020 | -800.00 | | $0.0000 | $65.0000 | $52,000.0000 | $52,000.00 |
| 3/19/2020 | -1,200.00 | | $0.0000 | $63.7500 | $76,500.0000 | $76,500.00 |
| 3/19/2020 | -800.00 | | $0.0000 | $63.2500 | $50,600.0000 | $50,600.00 |
| 3/19/2020 | -2,000.00 | | $0.0000 | $61.7525 | $123,505.0000 | $123,505.00 |
| 3/19/2020 | -800.00 | | $0.0000 | $65.7500 | $52,600.0000 | $52,600.00 |
| 3/19/2020 | -400.00 | | $0.0000 | $64.2500 | $25,700.0000 | $25,700.00 |
| 3/20/2020 | 920.00 | $57.0000 | -$52,440.0000 | | $0.0000 | -$52,440.00 |
| 3/20/2020 | 3.64 | $53.0000 | -$192.9200 | | $0.0000 | -$192.92 |
| 3/20/2020 | 740.00 | $53.2500 | -$39,405.0000 | | $0.0000 | -$39,405.00 |
| 3/20/2020 | 800.00 | $56.7500 | -$45,400.0000 | | $0.0000 | -$45,400.00 |
| 3/20/2020 | 2,000.00 | $57.5000 | -$115,000.0000 | | $0.0000 | -$115,000.00 |
| 3/20/2020 | 280.00 | $58.2500 | -$16,310.0000 | | $0.0000 | -$16,310.00 |
| 3/20/2020 | 800.00 | $59.0000 | -$47,200.0000 | | $0.0000 | -$47,200.00 |
| 3/20/2020 | 800.00 | $61.2500 | -$49,000.0000 | | $0.0000 | -$49,000.00 |
| 3/20/2020 | 800.00 | $60.2663 | -$48,213.0000 | | $0.0000 | -$48,213.00 |
| 3/20/2020 | 800.00 | $61.5000 | -$49,200.0000 | | $0.0000 | -$49,200.00 |
| 3/20/2020 | 800.00 | $60.0000 | -$48,000.0000 | | $0.0000 | -$48,000.00 |
| 3/20/2020 | 800.00 | $60.5000 | -$48,400.0000 | | $0.0000 | -$48,400.00 |
| 3/20/2020 | 260.00 | $59.5000 | -$15,470.0000 | | $0.0000 | -$15,470.00 |
| 3/20/2020 | 800.00 | $60.0000 | -$48,000.0000 | | $0.0000 | -$48,000.00 |
| 3/23/2020 | 920.00 | $48.9698 | -$45,052.2505 | | $0.0000 | -$45,052.25 |
| 3/23/2020 | 52.00 | $50.0000 | -$2,600.0000 | | $0.0000 | -$2,600.00 |
| 3/23/2020 | 960.00 | $47.6589 | -$45,752.5008 | | $0.0000 | -$45,752.50 |
| 3/23/2020 | 960.00 | $47.5000 | -$45,600.0000 | | $0.0000 | -$45,600.00 |
| 3/23/2020 | 960.00 | $47.4703 | -$45,571.5000 | | $0.0000 | -$45,571.50 |
| 3/23/2020 | 920.00 | $47.7264 | -$43,908.2489 | | $0.0000 | -$43,908.25 |
| 3/23/2020 | 920.00 | $47.7500 | -$43,930.0000 | | $0.0000 | -$43,930.00 |
| 3/23/2020 | 920.00 | $48.0000 | -$44,160.0000 | | $0.0000 | -$44,160.00 |
| 3/23/2020 | 920.00 | $48.0000 | -$44,160.0000 | | $0.0000 | -$44,160.00 |
| 3/23/2020 | 920.00 | $47.5000 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 3/23/2020 | 920.00 | $47.5000 | -$43,700.0000 | | $0.0000 | -$43,700.00 |
| 3/23/2020 | 920.00 | $47.7120 | -$43,895.0009 | | $0.0000 | -$43,895.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/23/2020 | 600.00 | $47.7500 | -$28,650.0000 | | $0.0000 | -$28,650.00 |
| 3/23/2020 | 800.00 | $47.9163 | -$38,333.0000 | | $0.0000 | -$38,333.00 |
| 3/23/2020 | 400.00 | $49.2500 | -$19,700.0000 | | $0.0000 | -$19,700.00 |
| 3/23/2020 | 800.00 | $49.7500 | -$39,800.0000 | | $0.0000 | -$39,800.00 |
| 3/23/2020 | 800.00 | $49.2500 | -$39,400.0000 | | $0.0000 | -$39,400.00 |
| 3/23/2020 | 800.00 | $49.5000 | -$39,600.0000 | | $0.0000 | -$39,600.00 |
| 3/23/2020 | 800.00 | $49.7500 | -$39,800.0000 | | $0.0000 | -$39,800.00 |
| 3/23/2020 | 800.00 | $50.5000 | -$40,400.0000 | | $0.0000 | -$40,400.00 |
| 3/23/2020 | 800.00 | $49.2500 | -$39,400.0000 | | $0.0000 | -$39,400.00 |
| 3/23/2020 | 856.00 | $50.5000 | -$43,228.0000 | | $0.0000 | -$43,228.00 |
| 3/23/2020 | 920.00 | $47.4504 | -$43,654.3611 | | $0.0000 | -$43,654.36 |
| 3/23/2020 | 920.00 | $48.0000 | -$44,160.0000 | | $0.0000 | -$44,160.00 |
| 3/23/2020 | 800.00 | $48.7500 | -$39,000.0000 | | $0.0000 | -$39,000.00 |
| 3/23/2020 | 880.00 | $47.6943 | -$41,970.9994 | | $0.0000 | -$41,971.00 |
| 3/23/2020 | -400.00 | | $0.0000 | $53.5000 | $21,400.0000 | $21,400.00 |
| 3/23/2020 | -400.00 | | $0.0000 | $53.7500 | $21,500.0000 | $21,500.00 |
| 3/23/2020 | -400.00 | | $0.0000 | $53.7562 | $21,502.4900 | $21,502.49 |
| 3/23/2020 | -360.00 | | $0.0000 | $54.3750 | $19,575.0000 | $19,575.00 |
| 3/23/2020 | -800.00 | | $0.0000 | $53.5001 | $42,800.0700 | $42,800.07 |
| 3/24/2020 | 1,600.00 | $53.0000 | -$84,800.0000 | | $0.0000 | -$84,800.00 |
| 3/24/2020 | 800.00 | $52.5000 | -$42,000.0000 | | $0.0000 | -$42,000.00 |
| 3/24/2020 | 800.00 | $52.5000 | -$42,000.0000 | | $0.0000 | -$42,000.00 |
| 3/24/2020 | 596.00 | $52.5000 | -$31,290.0000 | | $0.0000 | -$31,290.00 |
| 3/24/2020 | 204.00 | $52.7500 | -$10,761.0000 | | $0.0000 | -$10,761.00 |
| 3/24/2020 | 800.00 | $53.2500 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 3/24/2020 | 800.00 | $53.5000 | -$42,800.0000 | | $0.0000 | -$42,800.00 |
| 3/24/2020 | 800.00 | $53.2500 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 3/24/2020 | 800.00 | $53.2500 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 3/24/2020 | 800.00 | $54.2500 | -$43,400.0000 | | $0.0000 | -$43,400.00 |
| 3/24/2020 | 1,148.00 | $54.7500 | -$62,853.0000 | | $0.0000 | -$62,853.00 |
| 3/24/2020 | -800.00 | | $0.0000 | $55.7500 | $44,600.0000 | $44,600.00 |
| 3/24/2020 | -800.00 | | $0.0000 | $56.0025 | $44,802.0000 | $44,802.00 |
| 3/25/2020 | 800.00 | $52.7500 | -$42,200.0000 | | $0.0000 | -$42,200.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $58.5000 | $70,200.0000 | $70,200.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $58.5000 | $46,800.0000 | $46,800.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $58.0000 | $46,400.0000 | $46,400.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $59.0000 | $47,200.0000 | $47,200.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $59.5000 | $47,600.0000 | $47,600.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $60.0000 | $48,000.0000 | $48,000.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $59.2500 | $47,400.0000 | $47,400.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $55.2500 | $44,200.0000 | $44,200.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $55.7500 | $66,900.0000 | $66,900.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $55.2500 | $66,300.0000 | $66,300.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $55.5000 | $66,600.0000 | $66,600.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $55.2500 | $44,200.0000 | $44,200.00 |
| 3/25/2020 | -2,000.00 | | $0.0000 | $54.5000 | $109,000.0000 | $109,000.00 |
| 3/25/2020 | -2,000.00 | | $0.0000 | $54.2500 | $108,500.0000 | $108,500.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $54.7500 | $43,800.0000 | $43,800.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $54.5000 | $43,600.0000 | $43,600.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $54.7500 | $43,800.0000 | $43,800.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $56.0000 | $67,200.0000 | $67,200.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $57.0000 | $68,400.0000 | $68,400.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $59.0000 | $47,200.0000 | $47,200.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $58.5000 | $46,800.0000 | $46,800.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $58.5000 | $46,800.0000 | $46,800.00 |
| 3/25/2020 | -1,600.00 | | $0.0000 | $56.7500 | $90,800.0000 | $90,800.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $57.2500 | $45,800.0000 | $45,800.00 |
| 3/25/2020 | -1,200.00 | | $0.0000 | $58.2500 | $69,900.0000 | $69,900.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $57.0000 | $45,600.0000 | $45,600.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $56.2500 | $45,000.0000 | $45,000.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $56.5000 | $45,200.0000 | $45,200.00 |
| 3/25/2020 | -800.00 | | $0.0000 | $56.0000 | $44,800.0000 | $44,800.00 |
| 3/26/2020 | 800.00 | $51.0000 | -$40,800.0000 | | $0.0000 | -$40,800.00 |
| 3/26/2020 | 740.00 | $49.5000 | -$36,630.0000 | | $0.0000 | -$36,630.00 |
| 3/26/2020 | 360.00 | $50.5000 | -$18,180.0000 | | $0.0000 | -$18,180.00 |
| 3/26/2020 | 800.00 | $50.7500 | -$40,600.0000 | | $0.0000 | -$40,600.00 |
| 3/26/2020 | 800.00 | $50.5000 | -$40,400.0000 | | $0.0000 | -$40,400.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/26/2020 | 800.00 | $51.2500 | -$41,000.0000 | | $0.0000 | -$41,000.00 |
| 3/26/2020 | 800.00 | $51.5000 | -$41,200.0000 | | $0.0000 | -$41,200.00 |
| 3/26/2020 | 1,200.00 | $51.7500 | -$62,100.0000 | | $0.0000 | -$62,100.00 |
| 3/26/2020 | 800.00 | $52.0000 | -$41,600.0000 | | $0.0000 | -$41,600.00 |
| 3/26/2020 | 800.00 | $52.5000 | -$42,000.0000 | | $0.0000 | -$42,000.00 |
| 3/26/2020 | 800.00 | $52.0000 | -$41,600.0000 | | $0.0000 | -$41,600.00 |
| 3/26/2020 | 800.00 | $53.2500 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 3/26/2020 | 1,600.00 | $51.7500 | -$82,800.0000 | | $0.0000 | -$82,800.00 |
| 3/26/2020 | 800.00 | $52.0000 | -$41,600.0000 | | $0.0000 | -$41,600.00 |
| 3/26/2020 | 1,600.00 | $52.0000 | -$83,200.0000 | | $0.0000 | -$83,200.00 |
| 3/26/2020 | 800.00 | $52.7500 | -$42,200.0000 | | $0.0000 | -$42,200.00 |
| 3/26/2020 | 800.00 | $52.7500 | -$42,200.0000 | | $0.0000 | -$42,200.00 |
| 3/26/2020 | 800.00 | $53.0000 | -$42,400.0000 | | $0.0000 | -$42,400.00 |
| 3/26/2020 | 1,200.00 | $53.2500 | -$63,900.0000 | | $0.0000 | -$63,900.00 |
| 3/26/2020 | 800.00 | $53.2500 | -$42,600.0000 | | $0.0000 | -$42,600.00 |
| 3/26/2020 | -2,400.00 | | $0.0000 | $52.0000 | $124,800.0000 | $124,800.00 |
| 3/26/2020 | -2,000.00 | | $0.0000 | $52.0000 | $104,000.0000 | $104,000.00 |
| 3/26/2020 | -2,300.00 | | $0.0000 | $52.0025 | $119,605.7500 | $119,605.75 |
| 3/27/2020 | 220.00 | $43.7500 | -$9,625.0000 | | $0.0000 | -$9,625.00 |
| 3/27/2020 | 800.00 | $43.7500 | -$35,000.0000 | | $0.0000 | -$35,000.00 |
| 3/27/2020 | 800.00 | $43.7500 | -$35,000.0000 | | $0.0000 | -$35,000.00 |
| 3/27/2020 | 800.00 | $44.2500 | -$35,400.0000 | | $0.0000 | -$35,400.00 |
| 3/27/2020 | 400.00 | $43.5000 | -$17,400.0000 | | $0.0000 | -$17,400.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 800.00 | $44.2500 | -$35,400.0000 | | $0.0000 | -$35,400.00 |
| 3/27/2020 | 400.00 | $44.0000 | -$17,600.0000 | | $0.0000 | -$17,600.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 800.00 | $44.5000 | -$35,600.0000 | | $0.0000 | -$35,600.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 400.00 | $44.2500 | -$17,700.0000 | | $0.0000 | -$17,700.00 |
| 3/27/2020 | 400.00 | $43.7500 | -$17,500.0000 | | $0.0000 | -$17,500.00 |
| 3/27/2020 | 400.00 | $44.0000 | -$17,600.0000 | | $0.0000 | -$17,600.00 |
| 3/27/2020 | 400.00 | $43.5000 | -$17,400.0000 | | $0.0000 | -$17,400.00 |
| 3/27/2020 | 400.00 | $43.7500 | -$17,500.0000 | | $0.0000 | -$17,500.00 |
| 3/27/2020 | 400.00 | $43.5000 | -$17,400.0000 | | $0.0000 | -$17,400.00 |
| 3/27/2020 | 400.00 | $43.5000 | -$17,400.0000 | | $0.0000 | -$17,400.00 |
| 3/27/2020 | 400.00 | $43.7500 | -$17,500.0000 | | $0.0000 | -$17,500.00 |
| 3/27/2020 | 800.00 | $43.7500 | -$35,000.0000 | | $0.0000 | -$35,000.00 |
| 3/27/2020 | 400.00 | $44.0000 | -$17,600.0000 | | $0.0000 | -$17,600.00 |
| 3/27/2020 | 400.00 | $44.0000 | -$17,600.0000 | | $0.0000 | -$17,600.00 |
| 3/27/2020 | 400.00 | $44.2500 | -$17,700.0000 | | $0.0000 | -$17,700.00 |
| 3/27/2020 | 400.00 | $44.2500 | -$17,700.0000 | | $0.0000 | -$17,700.00 |
| 3/27/2020 | 400.00 | $44.2500 | -$17,700.0000 | | $0.0000 | -$17,700.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 400.00 | $44.7500 | -$17,900.0000 | | $0.0000 | -$17,900.00 |
| 3/27/2020 | 400.00 | $44.7500 | -$17,900.0000 | | $0.0000 | -$17,900.00 |
| 3/27/2020 | 400.00 | $45.2500 | -$18,100.0000 | | $0.0000 | -$18,100.00 |
| 3/27/2020 | 400.00 | $44.5000 | -$17,800.0000 | | $0.0000 | -$17,800.00 |
| 3/27/2020 | 400.00 | $44.7500 | -$17,900.0000 | | $0.0000 | -$17,900.00 |
| 3/27/2020 | 400.00 | $45.2500 | -$18,100.0000 | | $0.0000 | -$18,100.00 |
| 3/27/2020 | 400.00 | $45.2500 | -$18,100.0000 | | $0.0000 | -$18,100.00 |
| 3/27/2020 | 400.00 | $45.5000 | -$18,200.0000 | | $0.0000 | -$18,200.00 |
| 3/27/2020 | 400.00 | $45.5000 | -$18,200.0000 | | $0.0000 | -$18,200.00 |
| 3/27/2020 | 400.00 | $45.2500 | -$18,100.0000 | | $0.0000 | -$18,100.00 |
| 3/27/2020 | 800.00 | $46.0000 | -$36,800.0000 | | $0.0000 | -$36,800.00 |
| 3/27/2020 | 400.00 | $45.7500 | -$18,300.0000 | | $0.0000 | -$18,300.00 |
| 3/30/2020 | 1,960.00 | $37.5000 | -$73,500.0000 | | $0.0000 | -$73,500.00 |
| 3/30/2020 | 800.00 | $39.5000 | -$31,600.0000 | | $0.0000 | -$31,600.00 |
| 3/30/2020 | 2,272.00 | $36.5000 | -$82,928.0000 | | $0.0000 | -$82,928.00 |
| 3/30/2020 | 1,600.00 | $37.5000 | -$60,000.0000 | | $0.0000 | -$60,000.00 |
| 3/30/2020 | 800.00 | $39.2500 | -$31,400.0000 | | $0.0000 | -$31,400.00 |
| 3/30/2020 | 800.00 | $39.7500 | -$31,800.0000 | | $0.0000 | -$31,800.00 |
| 3/30/2020 | 800.00 | $39.5000 | -$31,600.0000 | | $0.0000 | -$31,600.00 |
| 3/30/2020 | 800.00 | $39.2500 | -$31,400.0000 | | $0.0000 | -$31,400.00 |
| 3/30/2020 | 2,040.00 | $38.7500 | -$79,050.0000 | | $0.0000 | -$79,050.00 |
| 3/30/2020 | 800.00 | $39.5000 | -$31,600.0000 | | $0.0000 | -$31,600.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/30/2020 | 400.00 | $40.0000 | -$16,000.0000 | | $0.0000 | -$16,000.00 |
| 3/30/2020 | 400.00 | $40.1750 | -$16,070.0000 | | $0.0000 | -$16,070.00 |
| 3/30/2020 | 400.00 | $40.5000 | -$16,200.0000 | | $0.0000 | -$16,200.00 |
| 3/30/2020 | 400.00 | $40.7500 | -$16,300.0000 | | $0.0000 | -$16,300.00 |
| 3/30/2020 | 400.00 | $40.8750 | -$16,350.0000 | | $0.0000 | -$16,350.00 |
| 3/30/2020 | 400.00 | $40.5000 | -$16,200.0000 | | $0.0000 | -$16,200.00 |
| 3/30/2020 | 400.00 | $39.6250 | -$15,850.0000 | | $0.0000 | -$15,850.00 |
| 3/30/2020 | 400.00 | $39.5250 | -$15,810.0000 | | $0.0000 | -$15,810.00 |
| 3/30/2020 | 400.00 | $38.7500 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 3/30/2020 | 400.00 | $38.5000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 3/30/2020 | 400.00 | $39.1763 | -$15,670.5000 | | $0.0000 | -$15,670.50 |
| 3/30/2020 | 400.00 | $39.7500 | -$15,900.0000 | | $0.0000 | -$15,900.00 |
| 3/30/2020 | 400.00 | $40.0000 | -$16,000.0000 | | $0.0000 | -$16,000.00 |
| 3/30/2020 | 400.00 | $38.7500 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 3/30/2020 | 400.00 | $39.0000 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 3/30/2020 | 400.00 | $38.9850 | -$15,594.0000 | | $0.0000 | -$15,594.00 |
| 3/30/2020 | 400.00 | $39.0000 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 3/30/2020 | 400.00 | $38.5000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 3/30/2020 | 400.00 | $38.7500 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 3/30/2020 | 400.00 | $38.2500 | -$15,300.0000 | | $0.0000 | -$15,300.00 |
| 3/30/2020 | 400.00 | $38.5000 | -$15,400.0000 | | $0.0000 | -$15,400.00 |
| 3/30/2020 | 400.00 | $38.7500 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 3/30/2020 | 400.00 | $39.0000 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 3/30/2020 | 400.00 | $39.0000 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 3/30/2020 | 400.00 | $38.7500 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 3/30/2020 | 400.00 | $39.2500 | -$15,700.0000 | | $0.0000 | -$15,700.00 |
| 3/30/2020 | 400.00 | $39.0000 | -$15,600.0000 | | $0.0000 | -$15,600.00 |
| 3/30/2020 | 400.00 | $39.2500 | -$15,700.0000 | | $0.0000 | -$15,700.00 |
| 3/30/2020 | 580.00 | $39.7500 | -$23,055.0000 | | $0.0000 | -$23,055.00 |
| 3/31/2020 | 1,200.00 | $40.9988 | -$49,198.5000 | | $0.0000 | -$49,198.50 |
| 3/31/2020 | 800.00 | $41.0000 | -$32,800.0000 | | $0.0000 | -$32,800.00 |
| 3/31/2020 | 400.00 | $40.9750 | -$16,390.0000 | | $0.0000 | -$16,390.00 |
| 3/31/2020 | 400.00 | $40.5000 | -$16,200.0000 | | $0.0000 | -$16,200.00 |
| 3/31/2020 | 528.00 | $40.7500 | -$21,516.0000 | | $0.0000 | -$21,516.00 |
| 4/1/2020 | -800.00 | | $0.0000 | $41.0000 | $32,800.0000 | $32,800.00 |
| 4/1/2020 | -800.00 | | $0.0000 | $40.7500 | $32,600.0000 | $32,600.00 |
| 4/1/2020 | -400.00 | | $0.0000 | $40.0000 | $16,000.0000 | $16,000.00 |
| 4/2/2020 | -800.00 | | $0.0000 | $58.6100 | $46,888.0000 | $46,888.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $60.5000 | $24,200.0000 | $24,200.00 |
| 4/2/2020 | -1,200.00 | | $0.0000 | $46.2500 | $55,500.0000 | $55,500.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $57.7500 | $23,100.0000 | $23,100.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $57.5000 | $23,000.0000 | $23,000.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $56.7500 | $22,700.0000 | $22,700.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $56.2500 | $22,500.0000 | $22,500.00 |
| 4/2/2020 | -800.00 | | $0.0000 | $55.2500 | $44,200.0000 | $44,200.00 |
| 4/2/2020 | -800.00 | | $0.0000 | $55.0000 | $44,000.0000 | $44,000.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $58.2500 | $23,300.0000 | $23,300.00 |
| 4/2/2020 | -400.00 | | $0.0000 | $60.0000 | $24,000.0000 | $24,000.00 |
| 4/2/2020 | -800.00 | | $0.0000 | $63.5000 | $50,800.0000 | $50,800.00 |
| 4/2/2020 | -800.00 | | $0.0000 | $62.7500 | $50,200.0000 | $50,200.00 |
| 4/2/2020 | -2,000.00 | | $0.0000 | $56.0798 | $112,159.5600 | $112,159.56 |
| 4/2/2020 | -2,000.00 | | $0.0000 | $46.7500 | $93,500.0000 | $93,500.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $69.2500 | $27,700.0000 | $27,700.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $68.7500 | $27,500.0000 | $27,500.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $65.2500 | $26,100.0000 | $26,100.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $68.6640 | $27,465.6000 | $27,465.60 |
| 4/3/2020 | -1,200.00 | | $0.0000 | $73.2500 | $87,900.0000 | $87,900.00 |
| 4/3/2020 | -800.00 | | $0.0000 | $72.7500 | $58,200.0000 | $58,200.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $70.2500 | $28,100.0000 | $28,100.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $67.7500 | $27,100.0000 | $27,100.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $65.5000 | $26,200.0000 | $26,200.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $65.2500 | $26,100.0000 | $26,100.00 |
| 4/3/2020 | -400.00 | | $0.0000 | $64.2500 | $25,700.0000 | $25,700.00 |
| 4/3/2020 | -800.00 | | $0.0000 | $75.7650 | $60,612.0000 | $60,612.00 |
| 4/6/2020 | 720.00 | $61.7500 | -$44,460.0000 | | $0.0000 | -$44,460.00 |
| 4/6/2020 | 800.00 | $61.2500 | -$49,000.0000 | | $0.0000 | -$49,000.00 |
| 4/6/2020 | 800.00 | $61.2500 | -$49,000.0000 | | $0.0000 | -$49,000.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/6/2020 | 1,600.00 | $62.7500 | -$100,400.0000 | | $0.0000 | -$100,400.00 |
| 4/6/2020 | 800.00 | $62.5000 | -$50,000.0000 | | $0.0000 | -$50,000.00 |
| 4/6/2020 | 800.00 | $62.7500 | -$50,200.0000 | | $0.0000 | -$50,200.00 |
| 4/6/2020 | 800.00 | $64.0000 | -$51,200.0000 | | $0.0000 | -$51,200.00 |
| 4/6/2020 | 400.00 | $65.0000 | -$26,000.0000 | | $0.0000 | -$26,000.00 |
| 4/6/2020 | 400.00 | $65.2500 | -$26,100.0000 | | $0.0000 | -$26,100.00 |
| 4/6/2020 | 800.00 | $65.7500 | -$52,600.0000 | | $0.0000 | -$52,600.00 |
| 4/6/2020 | 800.00 | $66.0000 | -$52,800.0000 | | $0.0000 | -$52,800.00 |
| 4/6/2020 | 800.00 | $66.5186 | -$53,214.8800 | | $0.0000 | -$53,214.88 |
| 4/6/2020 | 1,200.00 | $67.7500 | -$81,300.0000 | | $0.0000 | -$81,300.00 |
| 4/6/2020 | 800.00 | $68.2500 | -$54,600.0000 | | $0.0000 | -$54,600.00 |
| 4/7/2020 | 680.00 | $62.2500 | -$42,330.0000 | | $0.0000 | -$42,330.00 |
| 4/7/2020 | 174.00 | $52.6419 | -$9,159.6902 | | $0.0000 | -$9,159.69 |
| 4/7/2020 | 520.00 | $60.7500 | -$31,590.0000 | | $0.0000 | -$31,590.00 |
| 4/7/2020 | 800.00 | $62.0000 | -$49,600.0000 | | $0.0000 | -$49,600.00 |
| 4/7/2020 | 400.00 | $61.5000 | -$24,600.0000 | | $0.0000 | -$24,600.00 |
| 4/7/2020 | 400.00 | $61.5000 | -$24,600.0000 | | $0.0000 | -$24,600.00 |
| 4/7/2020 | 400.00 | $61.7500 | -$24,700.0000 | | $0.0000 | -$24,700.00 |
| 4/7/2020 | 400.00 | $62.0000 | -$24,800.0000 | | $0.0000 | -$24,800.00 |
| 4/7/2020 | 400.00 | $62.0000 | -$24,800.0000 | | $0.0000 | -$24,800.00 |
| 4/7/2020 | 400.00 | $62.0000 | -$24,800.0000 | | $0.0000 | -$24,800.00 |
| 4/7/2020 | 400.00 | $62.2500 | -$24,900.0000 | | $0.0000 | -$24,900.00 |
| 4/7/2020 | 400.00 | $62.5000 | -$25,000.0000 | | $0.0000 | -$25,000.00 |
| 4/7/2020 | 480.00 | $62.5000 | -$30,000.0000 | | $0.0000 | -$30,000.00 |
| 4/7/2020 | 400.00 | $63.0000 | -$25,200.0000 | | $0.0000 | -$25,200.00 |
| 4/7/2020 | 400.00 | $63.2370 | -$25,294.8000 | | $0.0000 | -$25,294.80 |
| 4/8/2020 | 226.00 | $54.2500 | -$12,260.5000 | | $0.0000 | -$12,260.50 |
| 4/8/2020 | 400.00 | $53.2500 | -$21,300.0000 | | $0.0000 | -$21,300.00 |
| 4/8/2020 | 400.00 | $53.5000 | -$21,400.0000 | | $0.0000 | -$21,400.00 |
| 4/8/2020 | 200.00 | $53.2500 | -$10,650.0000 | | $0.0000 | -$10,650.00 |
| 4/8/2020 | 200.00 | $53.5000 | -$10,700.0000 | | $0.0000 | -$10,700.00 |
| 4/8/2020 | 200.00 | $53.2500 | -$10,650.0000 | | $0.0000 | -$10,650.00 |
| 4/8/2020 | 400.00 | $52.5000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/8/2020 | 400.00 | $52.2500 | -$20,900.0000 | | $0.0000 | -$20,900.00 |
| 4/8/2020 | 400.00 | $52.5000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/8/2020 | 400.00 | $52.5000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/8/2020 | 328.00 | $52.5000 | -$17,220.0000 | | $0.0000 | -$17,220.00 |
| 4/8/2020 | 400.00 | $52.5000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/8/2020 | 240.00 | $52.0000 | -$12,480.0000 | | $0.0000 | -$12,480.00 |
| 4/8/2020 | -800.00 | | $0.0000 | $55.0000 | $44,000.0000 | $44,000.00 |
| 4/8/2020 | -128.00 | | $0.0000 | $55.7500 | $7,136.0000 | $7,136.00 |
| 4/9/2020 | 400.00 | $50.5000 | -$20,200.0000 | | $0.0000 | -$20,200.00 |
| 4/9/2020 | 400.00 | $52.0000 | -$20,800.0000 | | $0.0000 | -$20,800.00 |
| 4/9/2020 | 400.00 | $51.6800 | -$20,672.0000 | | $0.0000 | -$20,672.00 |
| 4/9/2020 | 400.00 | $50.2500 | -$20,100.0000 | | $0.0000 | -$20,100.00 |
| 4/9/2020 | 400.00 | $49.7500 | -$19,900.0000 | | $0.0000 | -$19,900.00 |
| 4/9/2020 | 400.00 | $51.5000 | -$20,600.0000 | | $0.0000 | -$20,600.00 |
| 4/9/2020 | 400.00 | $51.6700 | -$20,668.0000 | | $0.0000 | -$20,668.00 |
| 4/9/2020 | 1,200.00 | $53.2500 | -$63,900.0000 | | $0.0000 | -$63,900.00 |
| 4/9/2020 | 400.00 | $52.5000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 4/9/2020 | 800.00 | $53.0000 | -$42,400.0000 | | $0.0000 | -$42,400.00 |
| 4/9/2020 | 640.00 | $59.5000 | -$38,080.0000 | | $0.0000 | -$38,080.00 |
| 4/9/2020 | 960.00 | $57.5000 | -$55,200.0000 | | $0.0000 | -$55,200.00 |
| 4/9/2020 | 100.00 | $49.0000 | -$4,900.0000 | | $0.0000 | -$4,900.00 |
| 4/9/2020 | 400.00 | $56.5000 | -$22,600.0000 | | $0.0000 | -$22,600.00 |
| 4/9/2020 | 400.00 | $56.7500 | -$22,700.0000 | | $0.0000 | -$22,700.00 |
| 4/9/2020 | 520.00 | $56.7500 | -$29,510.0000 | | $0.0000 | -$29,510.00 |
| 4/9/2020 | 680.00 | $56.7500 | -$38,590.0000 | | $0.0000 | -$38,590.00 |
| 4/9/2020 | 320.00 | $57.7500 | -$18,480.0000 | | $0.0000 | -$18,480.00 |
| 4/9/2020 | -560.00 | | $0.0000 | $58.2500 | $32,620.0000 | $32,620.00 |
| 4/9/2020 | -2,000.00 | | $0.0000 | $63.0000 | $126,000.0000 | $126,000.00 |
| 4/9/2020 | -1,600.00 | | $0.0000 | $60.2500 | $96,400.0000 | $96,400.00 |
| 4/9/2020 | -400.00 | | $0.0000 | $60.0000 | $24,000.0000 | $24,000.00 |
| 4/13/2020 | 400.00 | $50.8750 | -$20,350.0000 | | $0.0000 | -$20,350.00 |
| 4/13/2020 | 400.00 | $52.7500 | -$21,100.0000 | | $0.0000 | -$21,100.00 |
| 4/13/2020 | 700.00 | $50.5000 | -$35,350.0000 | | $0.0000 | -$35,350.00 |
| 4/14/2020 | 400.00 | $45.5000 | -$18,200.0000 | | $0.0000 | -$18,200.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 4/14/2020 | 480.00 | $45.0000 | -$21,600.0000 | | $0.0000 | -$21,600.00 |
| 4/14/2020 | 200.00 | $46.0000 | -$9,200.0000 | | $0.0000 | -$9,200.00 |
| 4/15/2020 | 56.40 | $40.5000 | -$2,284.2000 | | $0.0000 | -$2,284.20 |
| 4/15/2020 | 155.60 | $40.5000 | -$6,301.8000 | | $0.0000 | -$6,301.80 |
| 4/15/2020 | 520.00 | $41.7500 | -$21,710.0000 | | $0.0000 | -$21,710.00 |
| 4/16/2020 | 188.00 | $39.5000 | -$7,426.0000 | | $0.0000 | -$7,426.00 |
| 4/16/2020 | -2,000.00 | | $0.0000 | $40.0000 | $80,000.0000 | $80,000.00 |
| 4/16/2020 | -2,000.00 | | $0.0000 | $39.0000 | $78,000.0000 | $78,000.00 |
| 4/16/2020 | -400.00 | | $0.0000 | $39.5000 | $15,800.0000 | $15,800.00 |
| 4/16/2020 | -2,000.00 | | $0.0000 | $38.7525 | $77,505.0000 | $77,505.00 |
| 4/17/2020 | -4,000.00 | | $0.0000 | $39.0000 | $156,000.0000 | $156,000.00 |
| 4/17/2020 | -4,000.00 | | $0.0000 | $39.0000 | $156,000.0000 | $156,000.00 |
| 4/17/2020 | -8.12 | | $0.0000 | $39.7500 | $322.7700 | $322.77 |
| 4/17/2020 | -2,000.00 | | $0.0000 | $39.5025 | $79,005.0000 | $79,005.00 |
| 4/17/2020 | -2,000.00 | | $0.0000 | $39.7500 | $79,500.0000 | $79,500.00 |
| 4/17/2020 | -2,000.00 | | $0.0000 | $40.5000 | $81,000.0000 | $81,000.00 |
| 4/17/2020 | -2,000.00 | | $0.0000 | $39.7500 | $79,500.0000 | $79,500.00 |
| 4/17/2020 | -2,000.00 | | $0.0000 | $39.5000 | $79,000.0000 | $79,000.00 |
| 4/20/2020 | 2,000.00 | $33.5000 | -$67,000.0000 | | $0.0000 | -$67,000.00 |
| 4/20/2020 | 8.12 | $35.0000 | -$284.2000 | | $0.0000 | -$284.20 |
| 4/20/2020 | -412.00 | | $0.0000 | $35.7500 | $14,729.0000 | $14,729.00 |
| 4/20/2020 | -2,000.00 | | $0.0000 | $35.2500 | $70,500.0000 | $70,500.00 |
| 4/21/2020 | 1,000.00 | $12.3300 | -$12,330.0000 | | $0.0000 | -$12,330.00 |
| 4/21/2020 | 2,500.00 | $12.0000 | -$30,000.0000 | | $0.0000 | -$30,000.00 |
| 4/21/2020 | 3,000.00 | $12.7935 | -$38,380.5000 | | $0.0000 | -$38,380.50 |
| 4/21/2020 | 2,000.00 | $13.2000 | -$26,400.0000 | | $0.0000 | -$26,400.00 |
| 4/21/2020 | 5,000.00 | $13.5000 | -$67,500.0000 | | $0.0000 | -$67,500.00 |
| 4/21/2020 | 5,000.00 | $13.4880 | -$67,440.0000 | | $0.0000 | -$67,440.00 |
| 4/21/2020 | 5,000.00 | $14.1720 | -$70,860.1400 | | $0.0000 | -$70,860.14 |
| 4/21/2020 | 8,000.00 | $12.9462 | -$103,569.3800 | | $0.0000 | -$103,569.38 |
| 4/21/2020 | 2,000.00 | $14.7695 | -$29,539.0000 | | $0.0000 | -$29,539.00 |
| 4/21/2020 | 2,000.00 | $16.6500 | -$33,300.0000 | | $0.0000 | -$33,300.00 |
| 4/21/2020 | 1,000.00 | $16.7700 | -$16,770.0000 | | $0.0000 | -$16,770.00 |
| 4/21/2020 | 2,000.00 | $16.9600 | -$33,920.0000 | | $0.0000 | -$33,920.00 |
| 4/21/2020 | 5,000.00 | $17.2500 | -$86,250.0000 | | $0.0000 | -$86,250.00 |
| 4/21/2020 | 5,000.00 | $16.9757 | -$84,878.5000 | | $0.0000 | -$84,878.50 |
| 4/21/2020 | 5,000.00 | $17.4996 | -$87,498.0000 | | $0.0000 | -$87,498.00 |
| 4/21/2020 | 5,000.00 | $17.8500 | -$89,250.0000 | | $0.0000 | -$89,250.00 |
| 4/21/2020 | 4,000.00 | $18.8344 | -$75,337.4000 | | $0.0000 | -$75,337.40 |
| 4/21/2020 | 2,000.00 | $18.0560 | -$36,112.0000 | | $0.0000 | -$36,112.00 |
| 4/21/2020 | 2,000.00 | $18.1650 | -$36,330.0000 | | $0.0000 | -$36,330.00 |
| 4/21/2020 | 2,000.00 | $19.1300 | -$38,260.0000 | | $0.0000 | -$38,260.00 |
| 4/21/2020 | 2,000.00 | $19.0000 | -$38,000.0000 | | $0.0000 | -$38,000.00 |
| 4/21/2020 | 2,000.00 | $19.2500 | -$38,500.0000 | | $0.0000 | -$38,500.00 |
| 4/21/2020 | 2,000.00 | $19.6500 | -$39,300.0000 | | $0.0000 | -$39,300.00 |
| 4/21/2020 | 2,000.00 | $20.0000 | -$40,000.0000 | | $0.0000 | -$40,000.00 |
| 4/21/2020 | 2,000.00 | $20.3000 | -$40,600.0000 | | $0.0000 | -$40,600.00 |
| 4/21/2020 | 2,000.00 | $20.3000 | -$40,600.0000 | | $0.0000 | -$40,600.00 |
| 4/21/2020 | 2,000.00 | $20.5903 | -$41,180.5500 | | $0.0000 | -$41,180.55 |
| 4/21/2020 | 2,000.00 | $21.5000 | -$43,000.0000 | | $0.0000 | -$43,000.00 |
| 4/21/2020 | 2,000.00 | $21.7405 | -$43,481.0000 | | $0.0000 | -$43,481.00 |
| 4/21/2020 | 4,000.00 | $22.3488 | -$89,395.0000 | | $0.0000 | -$89,395.00 |
| 4/21/2020 | 2,000.00 | $22.7000 | -$45,400.0000 | | $0.0000 | -$45,400.00 |
| 4/21/2020 | 3,000.00 | $22.7000 | -$68,100.0000 | | $0.0000 | -$68,100.00 |
| 4/21/2020 | 3,000.00 | $22.6993 | -$68,097.9999 | | $0.0000 | -$68,098.00 |
| 4/21/2020 | 3,000.00 | $22.8780 | -$68,634.0000 | | $0.0000 | -$68,634.00 |
| 4/21/2020 | 2,000.00 | $22.7445 | -$45,489.0000 | | $0.0000 | -$45,489.00 |
| 4/21/2020 | 3,000.00 | $23.0377 | -$69,113.0001 | | $0.0000 | -$69,113.00 |
| 4/21/2020 | 2,000.00 | $22.9502 | -$45,900.4000 | | $0.0000 | -$45,900.40 |
| 4/21/2020 | -988.00 | | $0.0000 | $23.4730 | $23,191.3600 | $23,191.36 |
| 4/22/2020 | -10,000.00 | | $0.0000 | $16.6800 | $166,800.0000 | $166,800.00 |
| 4/22/2020 | -10,000.00 | | $0.0000 | $15.8702 | $158,701.6200 | $158,701.62 |
| 4/22/2020 | -10,000.00 | | $0.0000 | $16.2784 | $162,784.4000 | $162,784.40 |
| 4/22/2020 | -5,000.00 | | $0.0000 | $17.3000 | $86,500.0000 | $86,500.00 |
| 4/22/2020 | -40,000.00 | | $0.0000 | $16.5800 | $663,200.0000 | $663,200.00 |
| 4/22/2020 | -25,000.00 | | $0.0000 | $16.5800 | $414,500.0000 | $414,500.00 |
| 4/22/2020 | -10,000.00 | | $0.0000 | $16.5800 | $165,800.0000 | $165,800.00 |

## Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/22/2020 | -3,500.00 | | $0.0000 | $16.5800 | $58,030.0000 | $58,030.00 |
| 4/27/2020 | 4,900.00 | $12.0600 | -$59,094.0000 | | $0.0000 | -$59,094.00 |
| 4/27/2020 | 5,100.00 | $12.0600 | -$61,506.0000 | | $0.0000 | -$61,506.00 |
| 4/27/2020 | -5,000.00 | | $0.0000 | $12.4200 | $62,100.0000 | $62,100.00 |
| 4/27/2020 | -5,000.00 | | $0.0000 | $12.3305 | $61,652.5000 | $61,652.50 |
| 4/27/2020 | -10,000.00 | | $0.0000 | $12.3300 | $123,300.0000 | $123,300.00 |
| 4/27/2020 | -5,000.00 | | $0.0000 | $12.4500 | $62,250.0000 | $62,250.00 |
| 4/27/2020 | -5,000.00 | | $0.0000 | $12.4501 | $62,250.5000 | $62,250.50 |
| 4/27/2020 | -5,000.00 | | $0.0000 | $12.8601 | $64,300.5000 | $64,300.50 |
| 4/28/2020 | -5,000.00 | | $0.0000 | $12.2000 | $61,000.0000 | $61,000.00 |
| 4/28/2020 | -5,000.00 | | $0.0000 | $12.1253 | $60,626.6000 | $60,626.60 |
| 4/28/2020 | -5,000.00 | | $0.0000 | $12.2100 | $61,050.0000 | $61,050.00 |
| 4/28/2020 | -5,000.00 | | $0.0000 | $12.1700 | $60,850.0000 | $60,850.00 |
| 4/28/2020 | -5,000.00 | | $0.0000 | $12.3200 | $61,600.0000 | $61,600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.00** | | | | **Subtotal:** | **-$2,401,783.33** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$0.00** |
| | | | $25.1266 | 0.00 | **Total:** | **-$2,401,783.33** |

Notes

On April 21, 2020, UCO conducted a 1:25 reverse split. Share quantities and prices in this loss chart are using a post-split valuation. The 90-Day Average Price used in this loss chart is the average closing price between April 28, 2020 and July 24, 2020. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.