# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO DI SCALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>Defendants. | Case No. 1:20-cv-05865-NRB<br><br><br>**DECLARATION OF HONGGUI QU IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Honggui Qu, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant class action on behalf of ProShares Ultra Bloomberg Crude Oil ("UCO") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I live in China. I have been investing and managing my own portfolio for approximately 25 years. I have a master's degree in management, and I currently run an IT company in China.

3.      I believe that the securities class action against UCO is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in UCO securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action. I understand the responsibilities and duties of being a lead plaintiff, including my fiduciary duty to the class.

4.      I also understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining lead counsel with a proven history of handling this type of complex litigation. In this case, I selected Glancy Prongay & Murray LLP ("GPM") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class action, I believe that GPM is well-qualified to represent the class. Moreover, GPM has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of September 2020.

DocuSigned by:

*Honggui Qu*

8086F1635D144F1...

Honggui Qu