UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO DI SCALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>Defendants. | Case No.  1:20-cv-05865-NRB |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE UCO INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Sergi Lucas, Michael Zarabi, Kambiz Zarabi, and Evgeny Karelin (collectively, the "UCO Investor Group"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of the UCO Investor Group's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published over *Globe Newswire* on July 28, 2020, announcing the pendency of the above-captioned action; |
| Exhibit B: | Shareholder Certifications executed by the members of the UCO Investor Group; |
| Exhibit C: | Chart reflecting the financial interest of the UCO Investor Group in the above-captioned action; |
| Exhibit D: | Joint Declaration executed by the members of the UCO Investor Group; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 28, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1