# Exhibit B

DocuSign Envelope ID: 082A8F97-0D71-43C9-B5FF-881EAA67AD2C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Sergi Lucas, on behalf of Canal Securities Corp ("Canal Securities"), as General Manager, with authority to bind Canal Securities and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against ProShares Ultra Bloomberg Crude Oil ("UCO" or the "Company") and authorize the filing of a motion on behalf of Canal Securities for appointment as lead plaintiff.

3.  Canal Securities did not purchase or acquire UCO securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  Canal Securities is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired UCO securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of Canal Securities' transactions in UCO securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, Canal Securities has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  Canal Securities agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

DocuSign Envelope ID: 082A8F97-0D71-43C9-B5FF-881FAA67AD2C

8.   I declare under penalty of perjury that the foregoing is true and correct.


Executed ___05/25/2020___
                 (Date)



                                                    _____
                                                    (Signature)

                                                    Sergi Lucas
                                                    General Manager
                                                    Canal Securities Corp

**ProShares Ultra Bloomberg Crude Oil (UCO)**                     **Canal Securities Corp**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/15/2020 | 1,200 | $1.6500 |
| Purchase | 4/16/2020 | 6,000 | $1.6400 |
| Purchase | 4/17/2020 | 350,000 | $1.5500 |
| Purchase | 4/20/2020 | 70370 | $1.3750 |
| Purchase | 4/27/2020 | 1,120 | $12.6600 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.      I, ___Michael Zarabi___ , make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against ProShares Ultra Bloomberg Crude Oil ("UCO" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire UCO securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired UCO securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in UCO securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.


Executed _____8-11-2020_____
               (Date)


_____
(Signature)

_____Michael Zarabi_____
(Type or Print Name)

**ProShares Ultra Bloomberg Crude Oil (UCO)**                    **Zarabi, Michael**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/10/2020 | 3,300 | $5.4399 |
| Purchase | 3/10/2020 | 300 | $5.4289 |
| Purchase | 3/13/2020 | 8,000 | $4.8892 |
| Purchase | 3/13/2020 | 3,400 | $4.8999 |
| Purchase | 3/16/2020 | 5,000 | $4.0799 |
| Purchase | 3/20/2020 | 14,084 | $2.1200 |
| Purchase | 3/25/2020 | 5,957 | $2.3599 |
| Purchase | 3/27/2020 | 2,000 | $1.7799 |
| Purchase | 3/27/2020 | 10,000 | $1.7799 |
| Purchase | 4/2/2020 | 38,251 | $1.8400 |
| Purchase | 4/9/2020 | 100,000 | $2.4700 |
| Purchase | 4/15/2020 | 25,000 | $1.6800 |
| Purchase | 4/16/2020 | 15,000 | $1.5300 |
| Purchase | 4/17/2020 | 5,000 | $1.5800 |
| Purchase | 4/20/2020 | 10,000 | $1.4000 |
| Sale | 3/30/2020 | (2) | $1.5899 |
| Sale | 3/30/2020 | (9,321) | $1.5800 |
| Sale | 3/30/2020 | (42,718) | $1.5700 |
| Sale | 4/6/2020 | (15,000) | $2.5600 |
| Sale | 4/6/2020 | (3,251) | $2.5533 |
| Sale | 4/6/2020 | (20,000) | $2.5300 |
| Sale | 4/9/2020 | (3,100) | $2.3250 |
| Sale | 4/9/2020 | (21,900) | $2.3200 |
| Sale | 4/9/2020 | (25,000) | $2.2400 |
| Sale | 4/9/2020 | (50,000) | $2.2000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, _Kambiz  Zarabi_, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities

Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of

1995.

2.      I have reviewed a Complaint against ProShares Ultra Bloomberg Crude Oil ("UCO" or the

"Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire UCO securities at the direction of plaintiffs' counsel or in

order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who

purchased or otherwise acquired UCO securities during the class period, including providing testimony at

deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate

lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in UCO

securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have

not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the

class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs

and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.


Executed _____august 17, 2020_____
               (Date)

                                    _____
                                    (Signature)

                                    _____
                                    (Type or Print Name)

**ProShares Ultra Bloomberg Crude Oil (UCO)**                                    **Zarabi, Kambiz**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/6/2020 | 5,000 | $9.0150 |
| Purchase | 3/11/2020 | 5,000 | $5.1384 |
| Purchase | 3/17/2020 | 5,000 | $3.4490 |
| Purchase | 3/20/2020 | 5,000 | $2.1352 |
| Purchase | 3/25/2020 | 10,000 | $2.3799 |
| Purchase | 4/15/2020 | 25,000 | $1.6400 |
| Purchase | 4/22/2020 | 2,500 | $15.8068 |

Friday, August 7, 2020

# ProShares Ultra Bloomberg Crude Oil (UCO)

1

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against ProShares Ultra Bloomberg Crude Oil ("UCO" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire UCO securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired UCO securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in UCO securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**

Evgeny Karelin

**Signature**



2

## Acquisitions

### Configurable list (if none enter none)

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| 04/22/2020 | 200000 | 1.37 |

## Sales



(redacted)

2

**ProShares Ultra Bloomberg Crude Oil (UCO)**                    **Karelin, Evgeny**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/20/2020 | 200,000 | $1.3700 |