# Exhibit C

**ProShares Ultra Bloomberg Crude Oil (UCO)**
**Class Period: March 6, 2020 to April 27, 2020**
**Stock Split April 21, 2020: (1:25)**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $25.1266 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canal Securities Corp | 4/15/2020 | 1,200 | $1.6500 | ($1,980) | 5/27/2020 | (18,223) | $22.8300 | $416,031 | | | |
| Canal Securities Corp | 4/16/2020 | 6,000 | $1.6400 | ($9,840) | | | | | | | |
| Canal Securities Corp | 4/17/2020 | 350,000 | $1.5500 | ($542,500) | | | | | | | |
| Canal Securities Corp | 4/20/2020 | 70,370 | $1.3750 | ($96,759) | | | | | | | |
| Canal Securities Corp | 4/27/2020 | 1,120 | $12.6600 | ($14,179) | | | | | | | |
| **Canal Securities Corp** | | **428,690** | | **($665,258)** | | **(18,223)** | | **$416,031** | **18,223** | **$0** | **($249,227)** |
| | | | | | | | | | | | |
| Zarabi, Michael | 3/10/2020 | 3,300 | $5.4399 | ($17,952) | 3/30/2020 | (2) | $1.5899 | $3 | | | |
| Zarabi, Michael | 3/10/2020 | 300 | $5.4289 | ($1,629) | 3/30/2020 | (9,321) | $1.5800 | $14,727 | | | |
| Zarabi, Michael | 3/13/2020 | 8,000 | $4.8892 | ($39,114) | 3/30/2020 | (42,718) | $1.5700 | $67,067 | | | |
| Zarabi, Michael | 3/13/2020 | 3,400 | $4.8999 | ($16,660) | 4/6/2020 | (15,000) | $2.5600 | $38,400 | | | |
| Zarabi, Michael | 3/16/2020 | 5,000 | $4.0799 | ($20,400) | 4/6/2020 | (3,251) | $2.5533 | $8,301 | | | |
| Zarabi, Michael | 3/20/2020 | 14,084 | $2.1200 | ($29,858) | 4/6/2020 | (20,000) | $2.5300 | $50,600 | | | |
| Zarabi, Michael | 3/25/2020 | 5,957 | $2.3599 | ($14,058) | 4/9/2020 | (3,100) | $2.3250 | $7,208 | | | |
| Zarabi, Michael | 3/27/2020 | 2,000 | $1.7799 | ($3,560) | 4/9/2020 | (21,900) | $2.3200 | $50,808 | | | |
| Zarabi, Michael | 3/27/2020 | 10,000 | $1.7799 | ($17,799) | 4/9/2020 | (25,000) | $2.2400 | $56,000 | | | |
| Zarabi, Michael | 4/2/2020 | 38,251 | $1.8400 | ($70,382) | 4/9/2020 | (50,000) | $2.2000 | $110,000 | | | |
| Zarabi, Michael | 4/9/2020 | 100,000 | $2.4700 | ($247,000) | 4/28/2020 | (1,100) | $12.1001 | $13,310 | | | |
| Zarabi, Michael | 4/15/2020 | 25,000 | $1.6800 | ($42,000) | 4/28/2020 | (1,100) | $12.6771 | $13,945 | | | |
| Zarabi, Michael | 4/16/2020 | 15,000 | $1.5300 | ($22,950) | | | | | | | |
| Zarabi, Michael | 4/17/2020 | 5,000 | $1.5800 | ($7,900) | | | | | | | |
| Zarabi, Michael | 4/20/2020 | 10,000 | $1.4000 | ($14,000) | | | | | | | |
| **Zarabi, Michael** | | **245,292** | | **($565,260)** | | **(192,492)** | | **$430,369** | **2,200** | **$0** | **($134,891)** |
| | | | | | | | | | | | |
| Zarabi, Kambiz | 3/6/2020 | 5,000 | $9.0150 | ($45,075) | | | | | | | |
| Zarabi, Kambiz | 3/11/2020 | 5,000 | $5.1384 | ($25,692) | | | | | | | |
| Zarabi, Kambiz | 3/17/2020 | 5,000 | $3.4490 | ($17,245) | | | | | | | |
| Zarabi, Kambiz | 3/20/2020 | 5,000 | $2.1352 | ($10,676) | | | | | | | |
| Zarabi, Kambiz | 3/25/2020 | 10,000 | $2.3799 | ($23,799) | | | | | | | |
| Zarabi, Kambiz | 4/15/2020 | 25,000 | $1.6400 | ($41,000) | | | | | | | |
| Zarabi, Kambiz | 4/22/2020 | 2,500 | $15.8068 | ($39,517) | | | | | | | |
| **Zarabi, Kambiz** | | **57,500** | | **($203,004)** | | | | | **5,620** | **$141,212** | **($61,792)** |
| | | | | | | | | | | | |
| **Zarabi Brothers** | | **302,792** | | **($768,264)** | | **(192,492)** | | **$430,369** | **7,820** | | **($196,683)** |
| | | | | | | | | | | | |
| **Karelin, Evgeny** | **4/20/2020** | **200,000** | **$1.3700** | **($274,000)** | | | | | **8,000** | **$201,013** | **($72,987)** |

Summary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canal Securities Corp | | 428,690 | | ($665,258) | | (18,223) | | $416,031 | 18,223 | | ($249,227) |
| Zarabi, Michael | | 245,292 | | ($565,260) | | (192,492) | | $430,369 | 2,200 | | ($134,891) |
| Zarabi, Kambiz | | 57,500 | | ($203,004) | | 0 | | $0 | 5,620 | | ($61,792) |
| Karelin, Evgeny | | 200,000 | | ($274,000) | | 0 | | $0 | 8,000 | | ($72,987) |
| **Total** | | **931,482** | | **($1,707,522)** | | **(210,715)** | | **$846,400** | **34,043** | | **($518,897)** |

*Avg Closing Prices from April 28 to July 24