# EXHIBIT 1

**ProShares Ultra Bloomberg Crude Oil Loss Chart**
**Class Period: March 6, 2020 through April 27, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $25.13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Honggui Qu | 3/6/2020 | 400 | ($239.75) | ($95,900.00) | 3/10/2020 | 800 | $135.00 | $108,002.00 | | | | |
| | 3/6/2020 | 400 | ($232.75) | ($93,100.00) | 3/10/2020 | 400 | $132.25 | $52,900.00 | | | | |
| | 3/9/2020 | 400 | ($147.97) | ($59,188.52) | 3/10/2020 | 1,200 | $136.28 | $163,536.00 | | | | |
| | 3/9/2020 | 800 | ($137.50) | ($110,000.00) | 3/10/2020 | 400 | $131.25 | $52,501.00 | | | | |
| | 3/9/2020 | 200 | ($148.94) | ($29,788.50) | 3/10/2020 | 800 | $134.75 | $107,800.00 | | | | |
| | 3/9/2020 | 400 | ($151.00) | ($60,400.00) | 3/10/2020 | 800 | $134.75 | $107,800.00 | | | | |
| | 3/9/2020 | 800 | ($143.25) | ($114,600.00) | 3/10/2020 | 36 | $135.00 | $4,860.09 | | | | |
| | 3/9/2020 | 320 | ($128.96) | ($41,268.51) | 3/10/2020 | 720 | $135.50 | $97,560.00 | | | | |
| | 3/9/2020 | 400 | ($128.61) | ($51,442.04) | 3/10/2020 | 360 | $130.25 | $46,890.90 | | | | |
| | 3/9/2020 | 400 | ($136.97) | ($54,789.00) | 3/10/2020 | 800 | $133.75 | $107,002.00 | | | | |
| | 3/9/2020 | 400 | ($151.50) | ($60,600.00) | 3/12/2020 | 400 | $120.00 | $48,000.00 | | | | |
| | 3/9/2020 | 200 | ($147.75) | ($29,550.00) | 3/12/2020 | 400 | $119.25 | $47,700.00 | | | | |
| | 3/9/2020 | 400 | ($127.25) | ($50,900.00) | 3/12/2020 | 320 | $118.50 | $37,920.00 | | | | |
| | 3/9/2020 | 400 | ($152.00) | ($60,800.00) | 3/12/2020 | 400 | $123.75 | $49,500.00 | | | | |
| | 3/9/2020 | 400 | ($146.25) | ($58,500.00) | 3/13/2020 | 800 | $117.50 | $94,000.08 | | | | |
| | 3/11/2020 | 440 | ($132.26) | ($58,194.00) | 3/13/2020 | 213 | $121.00 | $25,748.80 | | | | |
| | 3/11/2020 | 800 | ($131.75) | ($105,400.00) | 3/13/2020 | 1,160 | $118.75 | $137,752.90 | | | | |
| | 3/11/2020 | 196 | ($132.00) | ($25,872.00) | 3/13/2020 | 400 | $129.00 | $51,601.00 | | | | |
| | 3/11/2020 | 720 | ($134.00) | ($96,480.00) | 3/13/2020 | 2,000 | $126.00 | $252,000.00 | | | | |
| | 3/11/2020 | 240 | ($131.50) | ($31,560.00) | 3/13/2020 | 227 | $118.00 | $26,809.60 | | | | |
| | 3/11/2020 | 360 | ($133.50) | ($48,060.00) | 3/13/2020 | 400 | $121.75 | $48,701.00 | | | | |
| | 3/11/2020 | 400 | ($135.22) | ($54,089.00) | 3/13/2020 | 400 | $122.25 | $48,900.12 | | | | |
| | 3/11/2020 | 360 | ($132.50) | ($47,700.00) | 3/19/2020 | 64 | $67.50 | $4,320.00 | | | | |
| | 3/11/2020 | 1,600 | ($133.25) | ($213,200.00) | 3/19/2020 | 2,800 | $67.50 | $189,000.84 | | | | |
| | 3/12/2020 | 400 | ($112.75) | ($45,100.00) | 3/19/2020 | 800 | $66.75 | $53,400.00 | | | | |
| | 3/12/2020 | 400 | ($113.50) | ($45,400.00) | 3/19/2020 | 2,400 | $76.25 | $183,000.00 | | | | |
| | 3/12/2020 | 800 | ($114.00) | ($91,200.00) | 3/19/2020 | 2,000 | $67.75 | $135,500.00 | | | | |
| | 3/12/2020 | 400 | ($114.00) | ($45,600.00) | 3/19/2020 | 1,600 | $73.75 | $118,000.00 | | | | |
| | 3/12/2020 | 400 | ($115.00) | ($46,000.00) | 3/19/2020 | 800 | $67.00 | $53,600.00 | | | | |
| | 3/16/2020 | 800 | ($101.50) | ($81,199.52) | 3/19/2020 | 800 | $66.25 | $53,000.00 | | | | |
| | 3/16/2020 | 800 | ($101.50) | ($81,196.00) | 3/19/2020 | 800 | $65.26 | $52,206.00 | | | | |
| | 3/16/2020 | 600 | ($101.00) | ($60,600.00) | 3/19/2020 | 4,000 | $77.00 | $308,000.00 | | | | |
| | 3/16/2020 | 151 | ($97.75) | ($14,732.88) | 3/19/2020 | 596 | $68.00 | $40,503.52 | | | | |
| | 3/16/2020 | 800 | ($96.75) | ($77,400.00) | 3/19/2020 | 800 | $65.00 | $52,000.00 | | | | |
| | 3/16/2020 | 200 | ($99.25) | ($19,850.00) | 3/19/2020 | 1,200 | $63.75 | $76,500.00 | | | | |
| | 3/17/2020 | 600 | ($96.75) | ($58,050.00) | 3/19/2020 | 800 | $63.25 | $50,600.00 | | | | |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/17/2020 | 800 | ($96.75) | ($77,400.00) | 3/19/2020 | 2,000 | $61.75 | $123,505.00 |
| 3/17/2020 | 800 | ($93.75) | ($75,000.00) | 3/19/2020 | 800 | $65.75 | $52,600.00 |
| 3/17/2020 | 800 | ($93.25) | ($74,600.00) | 3/19/2020 | 400 | $64.25 | $25,700.00 |
| 3/17/2020 | 1,200 | ($96.75) | ($116,100.00) | 3/23/2020 | 400 | $53.50 | $21,400.00 |
| 3/17/2020 | 49 | ($97.50) | ($4,804.80) | 3/23/2020 | 400 | $53.75 | $21,500.00 |
| 3/17/2020 | 1,600 | ($91.75) | ($146,800.00) | 3/23/2020 | 400 | $53.76 | $21,502.48 |
| 3/18/2020 | 2,000 | ($59.50) | ($119,000.00) | 3/23/2020 | 360 | $54.38 | $19,575.00 |
| 3/18/2020 | 1,200 | ($59.73) | ($71,681.28) | 3/23/2020 | 800 | $53.50 | $42,800.08 |
| 3/18/2020 | 2,000 | ($60.50) | ($121,000.00) | 3/24/2020 | 800 | $55.75 | $44,600.00 |
| 3/18/2020 | 800 | ($60.25) | ($48,200.00) | 3/24/2020 | 800 | $56.00 | $44,802.00 |
| 3/18/2020 | 400 | ($60.98) | ($24,393.80) | 3/25/2020 | 1,200 | $58.50 | $70,200.00 |
| 3/18/2020 | 400 | ($61.59) | ($24,634.72) | 3/25/2020 | 800 | $58.50 | $46,800.00 |
| 3/18/2020 | 200 | ($61.50) | ($12,300.00) | 3/25/2020 | 800 | $58.00 | $46,400.00 |
| 3/18/2020 | 400 | ($64.75) | ($25,900.00) | 3/25/2020 | 800 | $59.00 | $47,200.00 |
| 3/18/2020 | 1,200 | ($69.50) | ($83,400.00) | 3/25/2020 | 800 | $59.50 | $47,600.00 |
| 3/18/2020 | 2,000 | ($61.00) | ($122,000.00) | 3/25/2020 | 800 | $60.00 | $48,000.00 |
| 3/18/2020 | 1,200 | ($65.50) | ($78,600.00) | 3/25/2020 | 800 | $59.25 | $47,400.00 |
| 3/18/2020 | 1,200 | ($57.00) | ($68,400.00) | 3/25/2020 | 800 | $55.25 | $44,200.00 |
| 3/18/2020 | 200 | ($61.00) | ($12,200.00) | 3/25/2020 | 1,200 | $55.75 | $66,900.00 |
| 3/18/2020 | 400 | ($62.75) | ($25,100.00) | 3/25/2020 | 1,200 | $55.25 | $66,300.00 |
| 3/18/2020 | 800 | ($67.50) | ($54,000.00) | 3/25/2020 | 1,200 | $55.50 | $66,600.00 |
| 3/18/2020 | 1,200 | ($68.25) | ($81,900.00) | 3/25/2020 | 800 | $55.25 | $44,200.00 |
| 3/19/2020 | 1,096 | ($55.47) | ($60,797.75) | 3/25/2020 | 2,000 | $54.50 | $109,000.00 |
| 3/19/2020 | 1,600 | ($53.23) | ($85,172.00) | 3/25/2020 | 2,000 | $54.25 | $108,500.00 |
| 3/19/2020 | 200 | ($56.76) | ($11,352.00) | 3/25/2020 | 800 | $54.75 | $43,800.00 |
| 3/19/2020 | 304 | ($53.50) | ($16,264.00) | 3/25/2020 | 800 | $54.50 | $43,600.00 |
| 3/20/2020 | 920 | ($57.00) | ($52,440.00) | 3/25/2020 | 800 | $54.75 | $43,800.00 |
| 3/20/2020 | 4 | ($53.00) | ($192.92) | 3/25/2020 | 1,200 | $56.00 | $67,200.00 |
| 3/20/2020 | 740 | ($53.25) | ($39,405.00) | 3/25/2020 | 1,200 | $57.00 | $68,400.00 |
| 3/20/2020 | 800 | ($56.75) | ($45,400.00) | 3/25/2020 | 800 | $59.00 | $47,200.00 |
| 3/20/2020 | 2,000 | ($57.50) | ($115,000.00) | 3/25/2020 | 800 | $58.50 | $46,800.00 |
| 3/20/2020 | 280 | ($58.25) | ($16,310.00) | 3/25/2020 | 800 | $58.50 | $46,800.00 |
| 3/20/2020 | 800 | ($59.00) | ($47,200.00) | 3/25/2020 | 1,600 | $56.75 | $90,800.00 |
| 3/20/2020 | 800 | ($61.25) | ($49,000.00) | 3/25/2020 | 800 | $57.25 | $45,800.00 |
| 3/20/2020 | 800 | ($60.27) | ($48,213.04) | 3/25/2020 | 1,200 | $58.25 | $69,900.00 |
| 3/20/2020 | 800 | ($61.50) | ($49,200.00) | 3/25/2020 | 800 | $57.00 | $45,600.00 |
| 3/20/2020 | 800 | ($60.00) | ($48,000.00) | 3/25/2020 | 800 | $56.25 | $45,000.00 |
| 3/20/2020 | 800 | ($60.50) | ($48,400.00) | 3/25/2020 | 800 | $56.50 | $45,200.00 |
| 3/20/2020 | 260 | ($59.50) | ($15,470.00) | 3/25/2020 | 800 | $56.00 | $44,800.00 |
| 3/20/2020 | 800 | ($60.00) | ($48,000.00) | 3/26/2020 | 2,400 | $52.00 | $124,800.00 |
| 3/23/2020 | 920 | ($48.97) | ($45,052.22) | 3/26/2020 | 2,000 | $52.00 | $104,000.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/23/2020 | 52 | ($50.00) | ($2,600.00) | 3/26/2020 | 2,300 | $52.00 | $119,605.75 |
| 3/23/2020 | 960 | ($47.66) | ($45,752.54) | 4/1/2020 | 800 | $41.00 | $32,800.00 |
| 3/23/2020 | 960 | ($47.50) | ($45,600.00) | 4/1/2020 | 800 | $40.75 | $32,600.00 |
| 3/23/2020 | 960 | ($47.47) | ($45,571.49) | 4/1/2020 | 400 | $40.00 | $16,000.00 |
| 3/23/2020 | 920 | ($47.73) | ($43,908.29) | 4/2/2020 | 800 | $58.61 | $46,888.00 |
| 3/23/2020 | 920 | ($47.75) | ($43,930.00) | 4/2/2020 | 400 | $60.50 | $24,200.00 |
| 3/23/2020 | 920 | ($48.00) | ($44,160.00) | 4/2/2020 | 1,200 | $46.25 | $55,500.00 |
| 3/23/2020 | 920 | ($48.00) | ($44,160.00) | 4/2/2020 | 400 | $57.75 | $23,100.00 |
| 3/23/2020 | 920 | ($47.50) | ($43,700.00) | 4/2/2020 | 400 | $57.50 | $23,000.00 |
| 3/23/2020 | 920 | ($47.50) | ($43,700.00) | 4/2/2020 | 400 | $56.75 | $22,700.00 |
| 3/23/2020 | 920 | ($47.71) | ($43,895.04) | 4/2/2020 | 400 | $56.25 | $22,500.00 |
| 3/23/2020 | 600 | ($47.75) | ($28,650.00) | 4/2/2020 | 800 | $55.25 | $44,200.00 |
| 3/23/2020 | 800 | ($47.92) | ($38,333.04) | 4/2/2020 | 800 | $55.00 | $44,000.00 |
| 3/23/2020 | 400 | ($49.25) | ($19,700.00) | 4/2/2020 | 400 | $58.25 | $23,300.00 |
| 3/23/2020 | 800 | ($49.75) | ($39,800.00) | 4/2/2020 | 400 | $60.00 | $24,000.00 |
| 3/23/2020 | 800 | ($49.25) | ($39,400.00) | 4/2/2020 | 800 | $63.50 | $50,800.00 |
| 3/23/2020 | 800 | ($49.50) | ($39,600.00) | 4/2/2020 | 800 | $62.75 | $50,200.00 |
| 3/23/2020 | 800 | ($49.75) | ($39,800.00) | 4/2/2020 | 2,000 | $56.08 | $112,159.60 |
| 3/23/2020 | 800 | ($50.50) | ($40,400.00) | 4/2/2020 | 2,000 | $46.75 | $93,500.00 |
| 3/23/2020 | 800 | ($49.25) | ($39,400.00) | 4/3/2020 | 400 | $69.25 | $27,700.00 |
| 3/23/2020 | 856 | ($50.50) | ($43,228.00) | 4/3/2020 | 400 | $68.75 | $27,500.00 |
| 3/23/2020 | 920 | ($47.45) | ($43,654.37) | 4/3/2020 | 400 | $65.25 | $26,100.00 |
| 3/23/2020 | 920 | ($48.00) | ($44,160.00) | 4/3/2020 | 400 | $68.66 | $27,465.60 |
| 3/23/2020 | 800 | ($48.75) | ($39,000.00) | 4/3/2020 | 1,200 | $73.25 | $87,900.00 |
| 3/23/2020 | 880 | ($47.69) | ($41,970.98) | 4/3/2020 | 800 | $72.75 | $58,200.00 |
| 3/24/2020 | 1,600 | ($53.00) | ($84,800.00) | 4/3/2020 | 400 | $70.25 | $28,100.00 |
| 3/24/2020 | 800 | ($52.50) | ($42,000.00) | 4/3/2020 | 400 | $67.75 | $27,100.00 |
| 3/24/2020 | 800 | ($52.50) | ($42,000.00) | 4/3/2020 | 400 | $65.50 | $26,200.00 |
| 3/24/2020 | 596 | ($52.50) | ($31,290.00) | 4/3/2020 | 400 | $65.25 | $26,100.00 |
| 3/24/2020 | 204 | ($52.75) | ($10,761.00) | 4/3/2020 | 400 | $64.25 | $25,700.00 |
| 3/24/2020 | 800 | ($53.25) | ($42,600.00) | 4/3/2020 | 800 | $75.77 | $60,612.00 |
| 3/24/2020 | 800 | ($53.50) | ($42,800.00) | 4/8/2020 | 800 | $55.00 | $44,000.00 |
| 3/24/2020 | 800 | ($53.25) | ($42,600.00) | 4/8/2020 | 128 | $55.75 | $7,136.00 |
| 3/24/2020 | 800 | ($53.25) | ($42,600.00) | 4/9/2020 | 560 | $58.25 | $32,620.00 |
| 3/24/2020 | 800 | ($54.25) | ($43,400.00) | 4/9/2020 | 2,000 | $63.00 | $126,000.00 |
| 3/24/2020 | 1,148 | ($54.75) | ($62,853.00) | 4/9/2020 | 1,600 | $60.25 | $96,400.00 |
| 3/25/2020 | 800 | ($52.75) | ($42,200.00) | 4/9/2020 | 400 | $60.00 | $24,000.00 |
| 3/26/2020 | 800 | ($51.00) | ($40,800.00) | 4/16/2020 | 2,000 | $40.00 | $80,000.00 |
| 3/26/2020 | 740 | ($49.50) | ($36,630.00) | 4/16/2020 | 2,000 | $39.00 | $78,000.00 |
| 3/26/2020 | 360 | ($50.50) | ($18,180.00) | 4/16/2020 | 400 | $39.50 | $15,800.00 |
| 3/26/2020 | 800 | ($50.75) | ($40,600.00) | 4/16/2020 | 2,000 | $38.75 | $77,505.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/26/2020 | 800 | ($50.50) | ($40,400.00) | 4/17/2020 | 4,000 | $39.00 | $156,000.00 |
| 3/26/2020 | 800 | ($51.25) | ($41,000.00) | 4/17/2020 | 4,000 | $39.00 | $156,000.00 |
| 3/26/2020 | 800 | ($51.50) | ($41,200.00) | 4/17/2020 | 8 | $39.75 | $322.77 |
| 3/26/2020 | 1,200 | ($51.75) | ($62,100.00) | 4/17/2020 | 2,000 | $39.50 | $79,005.00 |
| 3/26/2020 | 800 | ($52.00) | ($41,600.00) | 4/17/2020 | 2,000 | $39.75 | $79,500.00 |
| 3/26/2020 | 800 | ($52.50) | ($42,000.00) | 4/17/2020 | 2,000 | $40.50 | $81,000.00 |
| 3/26/2020 | 800 | ($52.00) | ($41,600.00) | 4/17/2020 | 2,000 | $39.75 | $79,500.00 |
| 3/26/2020 | 800 | ($53.25) | ($42,600.00) | 4/17/2020 | 2,000 | $39.50 | $79,000.00 |
| 3/26/2020 | 1,600 | ($51.75) | ($82,800.00) | 4/20/2020 | 412 | $35.75 | $14,729.00 |
| 3/26/2020 | 800 | ($52.00) | ($41,600.00) | 4/20/2020 | 2,000 | $35.25 | $70,500.00 |
| 3/26/2020 | 1,600 | ($52.00) | ($83,200.00) | 4/21/2020 | 988 | $23.47 | $23,191.32 |
| 3/26/2020 | 800 | ($52.75) | ($42,200.00) | 4/22/2020 | 10,000 | $16.68 | $166,800.00 |
| 3/26/2020 | 800 | ($52.75) | ($42,200.00) | 4/22/2020 | 7,904 | $15.87 | $125,436.48 |
| 3/26/2020 | 800 | ($53.00) | ($42,400.00) | 4/22/2020 | 2,096 | $15.87 | $33,263.94 |
| 3/26/2020 | 1,200 | ($53.25) | ($63,900.00) | 4/22/2020 | 10,000 | $16.28 | $162,784.00 |
| 3/26/2020 | 800 | ($53.25) | ($42,600.00) | 4/22/2020 | 5,000 | $17.30 | $86,500.00 |
| 3/27/2020 | 220 | ($43.75) | ($9,625.00) | 4/22/2020 | 40,000 | $16.58 | $663,200.00 |
| 3/27/2020 | 800 | ($43.75) | ($35,000.00) | 4/22/2020 | 25,000 | $16.58 | $414,500.00 |
| 3/27/2020 | 800 | ($43.75) | ($35,000.00) | 4/22/2020 | 10,000 | $16.58 | $165,800.00 |
| 3/27/2020 | 800 | ($44.25) | ($35,400.00) | 4/22/2020 | 3,500 | $16.58 | $58,030.00 |
| 3/27/2020 | 400 | ($43.50) | ($17,400.00) | 4/27/2020 | 5,000 | $12.42 | $62,100.00 |
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) | 4/27/2020 | 5,000 | $12.33 | $61,652.50 |
| 3/27/2020 | 800 | ($44.25) | ($35,400.00) | 4/27/2020 | 10,000 | $12.33 | $123,300.00 |
| 3/27/2020 | 400 | ($44.00) | ($17,600.00) | 4/27/2020 | 5,000 | $12.45 | $62,250.00 |
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) | 4/27/2020 | 5,000 | $12.45 | $62,250.50 |
| 3/27/2020 | 800 | ($44.50) | ($35,600.00) | 4/27/2020 | 5,000 | $12.86 | $64,300.50 |
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) | 4/28/2020 | 5,000 | $12.20 | $61,000.00 |
| 3/27/2020 | 400 | ($44.25) | ($17,700.00) | 4/28/2020 | 5,000 | $12.13 | $60,626.50 |
| 3/27/2020 | 400 | ($43.75) | ($17,500.00) | 4/28/2020 | 5,000 | $12.21 | $61,050.00 |
| 3/27/2020 | 400 | ($44.00) | ($17,600.00) | 4/28/2020 | 5,000 | $12.17 | $60,850.00 |
| 3/27/2020 | 400 | ($43.50) | ($17,400.00) | 4/28/2020 | 5,000 | $12.32 | $61,600.00 |
| 3/27/2020 | 400 | ($43.75) | ($17,500.00) | | | | |
| 3/27/2020 | 400 | ($43.50) | ($17,400.00) | | | | |
| 3/27/2020 | 400 | ($43.50) | ($17,400.00) | | | | |
| 3/27/2020 | 400 | ($43.75) | ($17,500.00) | | | | |
| 3/27/2020 | 800 | ($43.75) | ($35,000.00) | | | | |
| 3/27/2020 | 400 | ($44.00) | ($17,600.00) | | | | |
| 3/27/2020 | 400 | ($44.00) | ($17,600.00) | | | | |
| 3/27/2020 | 400 | ($44.25) | ($17,700.00) | | | | |
| 3/27/2020 | 400 | ($44.25) | ($17,700.00) | | | | |
| 3/27/2020 | 400 | ($44.25) | ($17,700.00) | | | | |

| | | | |
|---|---|---|---|
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) |
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) |
| 3/27/2020 | 400 | ($44.75) | ($17,900.00) |
| 3/27/2020 | 400 | ($44.75) | ($17,900.00) |
| 3/27/2020 | 400 | ($45.25) | ($18,100.00) |
| 3/27/2020 | 400 | ($44.50) | ($17,800.00) |
| 3/27/2020 | 400 | ($44.75) | ($17,900.00) |
| 3/27/2020 | 400 | ($45.25) | ($18,100.00) |
| 3/27/2020 | 400 | ($45.25) | ($18,100.00) |
| 3/27/2020 | 400 | ($45.50) | ($18,200.00) |
| 3/27/2020 | 400 | ($45.50) | ($18,200.00) |
| 3/27/2020 | 400 | ($45.25) | ($18,100.00) |
| 3/27/2020 | 800 | ($46.00) | ($36,800.00) |
| 3/27/2020 | 400 | ($45.75) | ($18,300.00) |
| 3/30/2020 | 1,960 | ($37.50) | ($73,500.00) |
| 3/30/2020 | 800 | ($39.50) | ($31,600.00) |
| 3/30/2020 | 2,272 | ($36.50) | ($82,928.00) |
| 3/30/2020 | 1,600 | ($37.50) | ($60,000.00) |
| 3/30/2020 | 800 | ($39.25) | ($31,400.00) |
| 3/30/2020 | 800 | ($39.75) | ($31,800.00) |
| 3/30/2020 | 800 | ($39.50) | ($31,600.00) |
| 3/30/2020 | 800 | ($39.25) | ($31,400.00) |
| 3/30/2020 | 2,040 | ($38.75) | ($79,050.00) |
| 3/30/2020 | 800 | ($39.50) | ($31,600.00) |
| 3/30/2020 | 400 | ($40.00) | ($16,000.00) |
| 3/30/2020 | 400 | ($40.18) | ($16,070.00) |
| 3/30/2020 | 400 | ($40.50) | ($16,200.00) |
| 3/30/2020 | 400 | ($40.75) | ($16,300.00) |
| 3/30/2020 | 400 | ($40.88) | ($16,350.00) |
| 3/30/2020 | 400 | ($40.50) | ($16,200.00) |
| 3/30/2020 | 400 | ($39.63) | ($15,850.00) |
| 3/30/2020 | 400 | ($39.53) | ($15,810.00) |
| 3/30/2020 | 400 | ($38.75) | ($15,500.00) |
| 3/30/2020 | 400 | ($38.50) | ($15,400.00) |
| 3/30/2020 | 400 | ($39.18) | ($15,670.52) |
| 3/30/2020 | 400 | ($39.75) | ($15,900.00) |
| 3/30/2020 | 400 | ($40.00) | ($16,000.00) |
| 3/30/2020 | 400 | ($38.75) | ($15,500.00) |
| 3/30/2020 | 400 | ($39.00) | ($15,600.00) |
| 3/30/2020 | 400 | ($38.99) | ($15,594.00) |
| 3/30/2020 | 400 | ($39.00) | ($15,600.00) |

| | | | |
|---|---|---|---|
| 3/30/2020 | 400 | ($38.50) | ($15,400.00) |
| 3/30/2020 | 400 | ($38.75) | ($15,500.00) |
| 3/30/2020 | 400 | ($38.25) | ($15,300.00) |
| 3/30/2020 | 400 | ($38.50) | ($15,400.00) |
| 3/30/2020 | 400 | ($38.75) | ($15,500.00) |
| 3/30/2020 | 400 | ($39.00) | ($15,600.00) |
| 3/30/2020 | 400 | ($39.00) | ($15,600.00) |
| 3/30/2020 | 400 | ($38.75) | ($15,500.00) |
| 3/30/2020 | 400 | ($39.25) | ($15,700.00) |
| 3/30/2020 | 400 | ($39.00) | ($15,600.00) |
| 3/30/2020 | 400 | ($39.25) | ($15,700.00) |
| 3/30/2020 | 580 | ($39.75) | ($23,055.00) |
| 3/31/2020 | 1,200 | ($41.00) | ($49,198.56) |
| 3/31/2020 | 800 | ($41.00) | ($32,800.00) |
| 3/31/2020 | 400 | ($40.98) | ($16,390.00) |
| 3/31/2020 | 400 | ($40.50) | ($16,200.00) |
| 3/31/2020 | 528 | ($40.75) | ($21,516.00) |
| 4/6/2020 | 720 | ($61.75) | ($44,460.00) |
| 4/6/2020 | 800 | ($61.25) | ($49,000.00) |
| 4/6/2020 | 800 | ($61.25) | ($49,000.00) |
| 4/6/2020 | 1,600 | ($62.75) | ($100,400.00) |
| 4/6/2020 | 800 | ($62.50) | ($50,000.00) |
| 4/6/2020 | 800 | ($62.75) | ($50,200.00) |
| 4/6/2020 | 800 | ($64.00) | ($51,200.00) |
| 4/6/2020 | 400 | ($65.00) | ($26,000.00) |
| 4/6/2020 | 400 | ($65.25) | ($26,100.00) |
| 4/6/2020 | 800 | ($65.75) | ($52,600.00) |
| 4/6/2020 | 800 | ($66.00) | ($52,800.00) |
| 4/6/2020 | 800 | ($66.52) | ($53,214.88) |
| 4/6/2020 | 1,200 | ($67.75) | ($81,300.00) |
| 4/6/2020 | 800 | ($68.25) | ($54,600.00) |
| 4/7/2020 | 680 | ($62.25) | ($42,330.00) |
| 4/7/2020 | 174 | ($52.64) | ($9,159.69) |
| 4/7/2020 | 520 | ($60.75) | ($31,590.00) |
| 4/7/2020 | 800 | ($62.00) | ($49,600.00) |
| 4/7/2020 | 400 | ($61.50) | ($24,600.00) |
| 4/7/2020 | 400 | ($61.50) | ($24,600.00) |
| 4/7/2020 | 400 | ($61.75) | ($24,700.00) |
| 4/7/2020 | 400 | ($62.00) | ($24,800.00) |
| 4/7/2020 | 400 | ($62.00) | ($24,800.00) |
| 4/7/2020 | 400 | ($62.00) | ($24,800.00) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 4/7/2020 | 400 | ($62.25) | ($24,900.00) |
| 4/7/2020 | 400 | ($62.50) | ($25,000.00) |
| 4/7/2020 | 480 | ($62.50) | ($30,000.00) |
| 4/7/2020 | 400 | ($63.00) | ($25,200.00) |
| 4/7/2020 | 400 | ($63.24) | ($25,294.80) |
| 4/8/2020 | 226 | ($54.25) | ($12,260.50) |
| 4/8/2020 | 400 | ($53.25) | ($21,300.00) |
| 4/8/2020 | 400 | ($53.50) | ($21,400.00) |
| 4/8/2020 | 200 | ($53.25) | ($10,650.00) |
| 4/8/2020 | 200 | ($53.50) | ($10,700.00) |
| 4/8/2020 | 200 | ($53.25) | ($10,650.00) |
| 4/8/2020 | 400 | ($52.50) | ($21,000.00) |
| 4/8/2020 | 400 | ($52.25) | ($20,900.00) |
| 4/8/2020 | 400 | ($52.50) | ($21,000.00) |
| 4/8/2020 | 400 | ($52.50) | ($21,000.00) |
| 4/8/2020 | 328 | ($52.50) | ($17,220.00) |
| 4/8/2020 | 400 | ($52.50) | ($21,000.00) |
| 4/8/2020 | 240 | ($52.00) | ($12,480.00) |
| 4/9/2020 | 400 | ($50.50) | ($20,200.00) |
| 4/9/2020 | 400 | ($52.00) | ($20,800.00) |
| 4/9/2020 | 400 | ($51.68) | ($20,672.00) |
| 4/9/2020 | 400 | ($50.25) | ($20,100.00) |
| 4/9/2020 | 400 | ($49.75) | ($19,900.00) |
| 4/9/2020 | 400 | ($51.50) | ($20,600.00) |
| 4/9/2020 | 400 | ($51.67) | ($20,668.00) |
| 4/9/2020 | 1,200 | ($53.25) | ($63,900.00) |
| 4/9/2020 | 400 | ($52.50) | ($21,000.00) |
| 4/9/2020 | 800 | ($53.00) | ($42,400.00) |
| 4/9/2020 | 640 | ($59.50) | ($38,080.00) |
| 4/9/2020 | 960 | ($57.50) | ($55,200.00) |
| 4/9/2020 | 100 | ($49.00) | ($4,900.00) |
| 4/9/2020 | 400 | ($56.50) | ($22,600.00) |
| 4/9/2020 | 400 | ($56.75) | ($22,700.00) |
| 4/9/2020 | 520 | ($56.75) | ($29,510.00) |
| 4/9/2020 | 680 | ($56.75) | ($38,590.00) |
| 4/9/2020 | 320 | ($57.75) | ($18,480.00) |
| 4/13/2020 | 400 | ($50.88) | ($20,350.00) |
| 4/13/2020 | 400 | ($52.75) | ($21,100.00) |
| 4/13/2020 | 700 | ($50.50) | ($35,350.00) |
| 4/14/2020 | 400 | ($45.50) | ($18,200.00) |
| 4/14/2020 | 480 | ($45.00) | ($21,600.00) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 4/14/2020 | 200 | ($46.00) | ($9,200.00) |
| 4/15/2020 | 56 | ($40.50) | ($2,284.20) |
| 4/15/2020 | 156 | ($40.50) | ($6,301.80) |
| 4/15/2020 | 520 | ($41.75) | ($21,710.00) |
| 4/16/2020 | 188 | ($39.50) | ($7,426.00) |
| 4/20/2020 | 2,000 | ($33.50) | ($67,000.00) |
| 4/20/2020 | 8 | ($35.00) | ($284.20) |
| 4/21/2020 | 1,000 | ($12.33) | ($12,330.00) |
| 4/21/2020 | 2,500 | ($12.00) | ($30,000.00) |
| 4/21/2020 | 3,000 | ($12.79) | ($38,380.50) |
| 4/21/2020 | 2,000 | ($13.20) | ($26,400.00) |
| 4/21/2020 | 5,000 | ($13.50) | ($67,500.00) |
| 4/21/2020 | 5,000 | ($13.49) | ($67,440.00) |
| 4/21/2020 | 5,000 | ($14.17) | ($70,860.00) |
| 4/21/2020 | 8,000 | ($12.95) | ($103,569.60) |
| 4/21/2020 | 2,000 | ($14.77) | ($29,539.00) |
| 4/21/2020 | 2,000 | ($16.65) | ($33,300.00) |
| 4/21/2020 | 1,000 | ($16.77) | ($16,770.00) |
| 4/21/2020 | 2,000 | ($16.96) | ($33,920.00) |
| 4/21/2020 | 5,000 | ($17.25) | ($86,250.00) |
| 4/21/2020 | 5,000 | ($16.98) | ($84,878.50) |
| 4/21/2020 | 5,000 | ($17.50) | ($87,498.00) |
| 4/21/2020 | 5,000 | ($17.85) | ($89,250.00) |
| 4/21/2020 | 4,000 | ($18.83) | ($75,337.60) |
| 4/21/2020 | 2,000 | ($18.06) | ($36,112.00) |
| 4/21/2020 | 2,000 | ($18.17) | ($36,330.00) |
| 4/21/2020 | 2,000 | ($19.13) | ($38,260.00) |
| 4/21/2020 | 2,000 | ($19.00) | ($38,000.00) |
| 4/21/2020 | 2,000 | ($19.25) | ($38,500.00) |
| 4/21/2020 | 2,000 | ($19.65) | ($39,300.00) |
| 4/21/2020 | 2,000 | ($20.00) | ($40,000.00) |
| 4/21/2020 | 2,000 | ($20.30) | ($40,600.00) |
| 4/21/2020 | 2,000 | ($20.30) | ($40,600.00) |
| 4/21/2020 | 2,000 | ($20.59) | ($41,180.60) |
| 4/21/2020 | 2,000 | ($21.50) | ($43,000.00) |
| 4/21/2020 | 2,000 | ($21.74) | ($43,481.00) |
| 4/21/2020 | 4,000 | ($22.35) | ($89,395.20) |
| 4/21/2020 | 2,000 | ($22.70) | ($45,400.00) |
| 4/21/2020 | 3,000 | ($22.70) | ($68,100.00) |
| 4/21/2020 | 3,000 | ($22.70) | ($68,097.90) |
| 4/21/2020 | 3,000 | ($22.88) | ($68,634.00) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/21/2020 | 2,000 | ($22.74) | ($45,489.00) | | | | |
| 4/21/2020 | 3,000 | ($23.04) | ($69,113.10) | | | | |
| 4/21/2020 | 2,000 | ($22.95) | ($45,900.40) | | | | |
| 4/27/2020 | 4,900 | ($12.06) | ($59,094.00) | | | | |
| 4/27/2020 | 5,100 | ($12.06) | ($61,506.00) | | | | |
| | | | | | | | |
| In-and-Out Loss Before First Disclosure | 147,556 | | ($8,962,688.33) | 89,956 | $6,248,953.76 | | ($2,713,734.57) |
| Loss After First Disclosure | 155,596 | | ($4,154,232.47) | 213,196 | $4,466,181.11 | | $311,948.64 |
| | | | | | | | |
| Original Loss Stated (Dkt. No. 39-3) | 303,152 | | ($13,116,920.81) | 303,152 | $10,715,134.87 | | ($2,401,785.93) |
| Original Loss Without March In-and-Out Transactions | | | | | | | $311,948.64 |

*On April 21, 2020, UCO conducted a 1:25 reverse split.
Share quantities and prices in this loss chart are using a post-split valuation.
The 90-Day Average Price used in this loss chart is the average closing price
between April 28, 2020 and July 24, 2020. Any shares sold post-Class Period
are valued using the greater of: (a) the average closing price between the end
of the Class Period and the sales date, or (b) the actual sales price.