**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCIANO DI SCALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSHARES ULTRA BLOOMBERG CRUDE OIL, PROSHARE CAPITAL MANAGEMENT LLC, PROSHARES TRUST II, MICHAEL L. SAPIR, TIMOTHY N. COAKLEY, and TODD B. JOHNSON,<br><br>Defendants. | Case. No. 1:20-cv-05865-NRB<br><br>Hon. Naomi Reice Buchwald |

**SUPPLEMENTAL DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER SUPPORT OF EDMUND JIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, hereby declare as follows pursuant to 28 U.S.C. § 1746:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow").  I submit this supplemental declaration in further support of the motion filed by proposed Lead Plaintiff Edmund Jin ("Mr. Jin") for the entry of an Order: (i) appointing Mr. Jin as Lead Plaintiff; (ii) approving Mr. Jin's selection of Labaton Sucharow as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached is a true and correct copy of the following exhibit:

**Exhibit A:** Movant loss analysis.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of October, 2020                    _/s/ Francis P. McConville_
                                                                                        Francis P. McConville