**Exhibit A**

**Proshares Ultra Bloomberg Crude Oil ETF**

**Class Period: 3/6/2020 to 4/27/2020**

| Movant Analysis | | | | | |
|---|---|---|---|---|---|
| Movant | Total # Shares Purchased | # Net Shares Purchased | Net Expenditures (Cost - Proceeds) | LIFO Loss | *Dura* LIFO Loss |
| Edmund Jin | 600,000 | 600,000 | ($30,693,708) | ($15,738,756) | *($15,738,756)* |
| **Edmund Jin** | **600,000** | **600,000** | **($23,646,543)** | **($18,208,257)** | ***($18,208,257)*** |
| Honggui Qu | 303,152 | 25,000 | ($2,706,911) | ($2,401,783) | *($1,324,895)* |
| **Honggui Qu** | **303,152** | **25,000** | **($2,706,911)** | **($2,401,783)** | ***($1,324,895)*** |
| Pinchas Dan Danino | 120,000 | 120,000 | ($5,015,000) | ($1,975,738) | *($1,975,738)* |
| **Pinchas Dan Danino** | **120,000** | **120,000** | **($5,015,000)** | **($1,975,738)** | ***($1,975,738)*** |
| Advanced Wealth Management, LLC | 79,760 | 79,760 | ($4,022,297) | ($1,870,372) | *($1,870,372)* |
| **Advanced Wealth Management, LLC** | **79,760** | **79,760** | **($4,022,297)** | **($1,870,372)** | ***($1,870,372)*** |
| Canal Securities Corp | 18,223 | 18,223 | ($665,258) | ($249,227) | *($249,227)* |
| Karelin, Evgeny | 8,000 | 8,000 | ($274,000) | ($72,987) | *($72,987)* |
| Zarabi, Kambiz | 4,700 | 4,700 | ($203,004) | ($61,792) | *($61,792)* |
| Zarabi, Michael | 9,812 | 2,200 | ($162,146) | ($134,891) | *($59,595)* |
| **Sergi Lucas, et al.** | **40,734** | **33,123** | **($1,304,408)** | **($518,897)** | ***($443,601)*** |
| Emir Tavukcuoglu | 13,040 | 0 | ($245,988) | ($245,988) | *$0* |
| **Emir Tavukcuoglu** | **13,040** | **0** | **($245,988)** | **($245,988)** | ***$0*** |

<u>Notes</u>

- Total Shares Purchased and Net Shares Purchased do not include options trading, which alters final loss figures.

- Total Shares reflect 1:25 reverse split that occurred on 4/22/20

- *Dura* LIFO losses exclude any losses/gains on shares sold prior to corrective disclosures on Partials: 4/28/20.

- *Dura* LIFO losses capped at LIFO loss.

- *Italicized figures* indicate that the numbers were derived from internal calculations rather than figures supplied in lead plaintiff motion papers.

Case 1:20-cv-05865-NRB   Document 49-1   Filed 10/13/20   Page 2 of 2